# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JONATHAN BERTUCCELLI, and STUDIO 3, INC.,** | * * | **CIVIL ACTION NO. 2:19-CV-1304** |
| | * | **JUDGE:** |
| **VERSUS** | * | **JAY C. ZAINEY** |
| | * | |
| **UNIVERSAL CITY STUDIOS LLC,** *et al.* | * * | **MAGISTRATE JUDGE: JOSEPH C. WILKINSON, JR.** |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP

Defendant, Universal City Studios Productions LLLP, a nongovernmental corporate party, provides the following statement to comply with Federal Rule of Civil Procedure 7.1(a):

Defendant Universal City Studios Productions LLLP is an indirect subsidiary of NBCUniversal Media, LLC. NBCUniversal Media, LLC is indirectly owned by Comcast Corporation, which is publicly held. No other publicly held corporation owns 10% or more of NBCUniversal Media, LLC.

By filing this Disclosure Statement, Defendant Universal City Studios Productions LLLP does not waive any objections it may have to its inclusion in this lawsuit.

Respectfully submitted,

**PHELPS DUNBAR LLP**
/s/ Mary Ellen Roy
Mary Ellen Roy, T.A. (La. Bar #14388)
Dan Zimmerman (La. Bar #2202)
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130
roym@phelps.com
dan.zimmerman@phelps.com

Kelli L. Sager (*pro hac vice*)
Eric M. Stahl (*pro hac vice*)
**DAVIS WRIGHT TREMAINE LLP**
865 S Figueroa Street, Suite 2400
Los Angeles, CA 90017
Telephone: (213) 633-6800
Telecopier: (213) 633-6899
kellisager@dwt.com
ericstahl@dwt.com

**ATTORNEYS FOR DEFENDANTS
UNIVERSAL CITY STUDIOS LLC,
UNIVERSAL CITY STUDIOS PRODUCTIONS
LLLP, BLUMHOUSE PRODUCTIONS, LLC,
TREE FALLS IN THE WOODS, L.L.C.,
ANTHONY "TONY" ROBERT GARDNER,
THE ALTERIAN GHOST FACTORY, INC.,
AND TRICK OR TREAT STUDIOS**

4835-0350-5556v.1 0103245-000015
PD.25935193.1