UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JONATHAN BERTUCCELLI and STUDIO 3, INC | CIVIL ACTION |
| VERSUS | NO: 19-1304 |
| UNIVERSAL CITY STUDIOS LLC, ET AL. | SECTION: T (2) |

## ORDER OF DISMISSAL

The Court, having been advised by the Agreed Stipulation of Dismissal of Claims for 17 U.S.C. §504(C) "Statutory Damages" and Claims for 17 U.S.C. §505 "Attorney Fees" (R. Doc. 54) that all parties have agreed to dismiss and strike the following portions of the First Amended Complaint (R. Doc. 15) with prejudice: ¶¶ 2 (only to the extent they refer to "statutory" damages and "attorneys' fees"), 58, 59, 66, 67, 74, 75, 82, 83, 96, 97, 104, 105, 112, 113, and subpart E in the Demand for Relief on page 40;

**IT IS ORDERED** that the following portions of the First Amended Complaint (R. Doc. 15) are stricken from the record and dismissed **with prejudice**: ¶¶ 2 (only to the extent they refer to "statutory" damages and "attorneys' fees"), 58, 59, 66, 67, 74, 75, 82, 83, 96, 97, 104, 105, 112, 113, and subpart E in the Demand for Relief on page 40;

**IT IS FURTHER ORDERED** that the Motion to Dismiss or, in the Alternative, to Strike Plaintiffs' Claims for Relief Seeking Attorneys' Fees and Statutory Damages (R. Doc. 37) is **DENIED AS MOOT.**

New Orleans, Louisiana, this 17th day of December 2019.

GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE