# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JONATHAN BERTUCCELLI, and STUDIO 3, INC.,** | **CIVIL ACTION NO. 2:19-CV-1304** |
| **VERSUS** | **JUDGE:** **GREG GERARD GUIDRY** |
| **UNIVERSAL CITY STUDIOS LLC, *et al*.** | **MAGISTRATE JUDGE:** **JOSEPH C. WILKINSON, JR.** |
| | **SECTION T-2** |

### MOTION TO EXCLUDE OPINION TESTIMONY BY PLAINTIFFS' PROPOSED EXPERTS, JAMES T. BERGER AND EDWARD R. GRIFFOR

Defendants, Universal City Studios LLC, Universal City Studios Productions LLLP, Blumhouse Productions, LLC, Tree Falls In The Woods, L.L.C., Anthony "Tony" Robert Gardner, The Alterian Ghost Factory, Inc., Trick or Treat Studios, and Foe Paw Films, LLC, through undersigned counsel, move this Court to exclude any opinion testimony by Plaintiffs' proposed experts, James T. Berger and Edward R. Griffor.

As set forth in the accompanying memorandum in support of this motion, the reports and opinions of both proposed experts are inadmissible under the Federal Rules of Evidence and the standard set out in <u>Daubert v. Merrell Dow Pharmaceuticals, Inc.</u>, 509 U.S. 579, 589, 593-95 (1993). The proposed testimony is inconsistent with the Fifth Circuit's test for determining "substantial similarity" in copyright cases, both because the proposed testimony fails to distinguish between protectable expression and elements of the works that are unprotected by copyright, and because substantial similarity cannot be shown through expert testimony. The

PD.28675166.1
4812-1206-0604v.1 0103245-000015

Court also should reject the proposed testimony because it is unreliable, and because neither witness is qualified to opine on issues related to copyright infringement.

DATED:  May 12, 2020                          Respectfully submitted,


**DAVIS WRIGHT TREMAINE LLP**


    */s/Kelli L. Sager*
Kelli L. Sager (*pro hac vice*)
  kellisager@dwt.com
865 South Figueroa Street, 24th Floor
Los Angeles, California  90017-2566
Telephone:  (213) 633-6800
Fax:  (213) 633-6899

Eric M. Stahl (*pro hac vice*)
  ericstahl@dwt.com
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
Telephone:  (206) 757-8148
Fax:  (206) 757-7148


**PHELPS DUNBAR LLP**

Mary Ellen Roy, T.A. (La. Bar #14388)
  roym@phelps.com
Dan Zimmerman (La. Bar #2202)
  dan.zimmerman@phelps.com
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311

ATTORNEYS FOR DEFENDANTS
UNIVERSAL CITY STUDIOS LLC,
UNIVERSAL CITY STUDIOS PRODUCTIONS
LLLP, BLUMHOUSE PRODUCTIONS, LLC,
TREE FALLS IN THE WOODS, L.L.C.,
ANTHONY "TONY" ROBERT GARDNER, THE
ALTERIAN GHOST FACTORY, INC., TRICK
OR TREAT STUDIOS, AND FOE PAW FILMS,
LLC

- 2 -