# EXHIBIT 1

# Expert Report of James T. Berger

## Re: Jonathan Bertuccelli and Studio 3, Inc. v. Universal City Studios LLC et al

## I. Executive Summary

1. I am a marketing communications and trademark survey expert. I have been retained by counsel for Jonathan Bertuccelli and Studio 3, the Plaintiff, to show the extent of exposure the alleged copyright infringement has received from the mass media and social media. The matter involved alleged copyright infringement between the Plaintiff's character, *King Cake Baby* (KCB) and Universal City Studios, LLC and others with their *Happy Death Day* (HDD) character. In this expert report, I will first discuss the concept of copyright infringement and the Fifth Circuit standard for copyright infringement. My methodology for determining if the defendants infringed in the plaintiff's copyright with their *Happy Death Day* (HDD) is through observation of published articles and social media where the infringement is presented. Side-to-side comparisons are presented in many of these media examples

## II. Fifth Circuit Standard for Assessing Copyright Infringement

2. As a general matter, copyright infringement occurs when a copyrighted work is reproduced, distributed, performed, publicly displayed, or made into a derivative work without the permission of the copyright owner. The Fifth Circuit standard for copyright infringement was recently cited by the United States Court of Appeals

for the Fifth Circuit in *Southern Credentialing Support Services, LLC v. Hammond Surgical Hospital , L.L.C.  et al:*

> "Copying protected material is infringement. 17 U.S.C. 17 §§ 106, 501. A defendant unlawfully copies if it uses protected elements of a work and there is substantial similarity between the protected work and the allegedly infringing work. *Bridgeman v. Array Sys. Corp.*, 325 F 3d 572, 576 (5th Cir. 2003), Determining whether two works are substantially similar usually requires a side-by-side comparison to identify whether the protected elements and elements in the allegedly infringing work are so alike that a layperson would view the two works as being substantially similar.

## III.  Evidence Analysis

3.  In my field of expertise, we can determine lay person's perception of substantial similarity and/or confusion by either engaging in a known set of protocols for conducting sample surveys and/or analyzing real world evidence of laypersons' perception of substantial similarity and/or confusion.  In my field of expertise, real work actual evidence is considered to be of the highest degree of quality and the most reliable evidence.  Also, part of my field of expertise is finding real world evidence and analyzing its reliability. In this case, there is available an overwhelming body of real world evidence, which I believe to a reasonable degree of certainty, constitutes substantial and objective evidence that demonstrates that lay persons perceive *King Cake Baby* and the *Happy Death Day* mask as substantially similar.  I have reviewed all the evidence referenced in this report and find that evidence to be reliable for the conclusions and opinions in this report.

4. Social media **[see Exhibit A]** is perhaps the best test of seeing confusion through a face-to-face analysis by a "lay person."  In terms of social media, there have been at least 74 Tweets that address the similarities between *King Cake*

*Baby* and the *Happy Death Day* mask from the time of the first *Happy Death Day* film. In my opinion, this represents a large quantity of social media activity. I surmise the basis for this social media exposure is the nature of the *King Cake Baby* character, which is a crazy, creepy, eerie, funny and unorthodox team mascot. The following examples of Twitter tweets illustrate the obvious belief that the two characters are similar in a side-by-side comparison by a "lay person:"

- @HPbasketball so the King Cake Baby is definitely the villain in this new movie.
  Tweet included image of Happy Death Day.

- So the plot of Happy Death Day is the King Cake Baby murders young women?
  Tweet included image of Happy Death Day.

- If that my boy @KingCakeBaby finally making his film debut?
  Tweet included image of Happy Death Day.

- @bayoubabylon so King Cake baby has a role in a major film.  Can you confirm?
  Tweet included image of Happy Death Day.

- The killer in Happy Death Day is the King Cake Baby!!!
  Tweet included images of King Cake Baby and Happy Death Day.

- So "Happy Death Day" appears to be @KingCakeBaby.

- It looks the killer's mask comes from NI Pelicans creepy King Cake Baby mascot.
  Tweet included image of Happy Death Day.

- I just saw a trailer for the movie #HappyDeathDay on TV. Is that…@KingCakeBaby???
  Tweet included image of Happy Death Day.

- How come the Happy Death Day killer is the New Orleans Pelicans mascot tho?
  Tweet included images of Happy Death Day and King Cake Baby.

- #happydeathday killer&#kingcakebaby separated at birth? You decide #new orleanspelicans@UniversalHorror@PelicansNBA
  Tweet included images of Happy Death Day and King Cake Baby

In looking at the entire exhibit, I believe these are legitimate observations from a large number of people and point out the uniqueness of the *King Cake Baby* character/mascot.

5. A second way to analyze examples of face-to-face comparison by a lay person is presentations in the mass media. I just the first three pages in a Google search using the search words "King Cake Baby Lawsuit" **[See Exhibit B]** yielded a number of articles. Also included in this exhibit are screen shots of a survey conducted by New Orleans TV station, WWL. Here are examples of media articles that were produced after February, 2019.

- Telecast: **Creator of King Cake Baby sues Universal Studios over 'Happy Death Day' character,** in a news broadcast on WWL-TV on 2/12/19:The [Happy Death Day] masked character and KCB are virtually identical in a side-by-side comparison; and in both "HDD" films the character is used to portray a range of emotional and mental cues that derive from KCB's intended design.

- Article: **Lawsuit claims movie villain is King Cake Baby's evil twin,** in The Times-Picayune an article in New Orleans Times Picayune by Laura McKnight on 2/13/19:The "Happy Death Day" masked villain and King Cake Baby are "virtually identical in a side-by-side comparison" and in both thrillers the murderous character "is used to portray a range of emotional and mental cues that derive from KCB's intended design," the lawsuit accuses.

- Telecast: **King Cakes Baby is angry this movie is copying his horrifying  face, files lawsuit,** in a WDSU telecast on 2/12/20. In reporting on the lawsuit filing, the newscast showed the images of King Cake Baby and Happy Death Day in a side-by-side comparison.

- Article: **A Legal Food Fight: 'King Cake Baby' Vs. 'Happy Death Day,'** Forbes, 2/13/19: That KCB is also a local icon, a "walking head mascot" familiar to fans of the city's NBA franchise, the New Orleans Pelicans, is a point (or two) in Bertuccelli's favor. That is to say, since KCB predates HDD by 8 years—and since the character has national exposure—it may be hard for Universal to argue that it did not know, that it could not have reasonably known about KCB *after* it had decided to shoot HDD in New Orleans; after it had scouted locations, explored the city, and hired workers from the city.

- Telecast: **Creator of King Cake Baby mascot files $200M lawsuit against Universal Studios over 'Happy Death Day,'** WBRZ-TV. <u>Telecast, 2/18/19: (Newscast used a side-by-size illustration:</u>

  The news telecast reported on the filing of the lawsuit but within the report were a number of side-by-side presentations of the two characters. reports designer Jonathan Bertuccelli filed the civil suit claiming the villain's

- Telecast: **Creator of King Cake Baby Sues Universal Studios,** www. Youtube.com. 2/13/19. <u>Side-by-side comparison included in report.</u> The You Tube presentation picked up one the TV broadcasts. Among the comments: "The king Cake Baby is his twin brother."

- Article: **NBA's creepiest mascot in middle of movie controversy,** by Jaylyn Hendricks, New York Post, 2/13/19: In the article reporting on the filing of the lawsuit, side-by-side comparisons were used and the article said: "In a new lawsuit, Jonathan Bertuccelli, who created the New Orleans mascot, says the creepy face featured in the horror flick "Happy Death Day" and its sequel, "Happy Death Day 2U," is eerily similar to his design, and claims no one involved in the film's production reached out to him for permission…The [Happy Death Day] masked character and KCB are virtually identical in a side-by-side comparison; and in both 'HDD' films the character is used to portray a range of emotional and mental cues that derive from KCB's intended design," the suit alleges.

- Article: **Film Fridays – Universal Studios sued by creator of King Cake Baby over 'Happy Death Day' character,** The Hollywood Lawyer, 2/15/19: "The [Happy Death Day] masked character and KCB are virtually identical in a side-by-side comparison; and in both "HDD" films the character is used to portray a range of emotional and mental cues that derive from KCB's intended design

- Article: **Creator of King Cake Baby mascot files $200M lawsuit against Universal Studios over 'Happy Death Day'** in a WWW. Newsbreak that included <u>side-by-side comparison</u>: NEW ORLEANS - The designer behind the nightmarish New Orleans sports mascot the King Cake Baby has filed suit over a mask used in the 'Happy Death Day' horror film franchise. WWL reports designer Jonathan Bertuccelli filed the civil suit claiming the villain's appearance featured in the films is a rip-off of his King Cake Baby design he created in 2009. The mascot is infamous for prowling up and down the sidelines during the Pelicans'(formerly the Hornets) home games around Mardi Gras.

- Article: **Creator of Pelicans' King Cake Baby mascot alleges slasher film 'Happy Death Day' copied his mask,** CBS Sports, 2/13/19: The King Cake Baby is one of sports' most infamous mascots. The mascot was created in 2009 by Jonathan Bertuccelli and has been ogled for its sheer strangeness. It was introduced as a mascot for the New Orleans Hornets —now the New Orleans Pelicans — and is a reference to the baby found inside crab cakes, a New Orleans classic closely associated with Mardi Gras.

…Bertuccelli has taken issue with the killer in the "Happy Death Day" slasher film franchise. The masked killer in the films (Happy Death Day 2U hit theaters Wednesday) seems to share similarities to King Cake Baby….
Bertuccelli< However, was struck by the resemblance. "A side-by-side comparison of King Cake Baby and the Happy Death Day mask clearly shows that the visual attribute and aspects which have made King Cake Baby a celebrity mascot were copies and so substantially similar that the two are seen to be the same," Bertuccelli said via The New Orleans Advocate.

6. Beyond articles produced as a result of the filing of the lawsuit, the following is a rundown of pre-Feb. 2019, articles that were provided: **[See Exhibit B.]**

**ARTICLES**

**The Athletic** o <u>FORMAT</u>:        Article/Interview
- o  <u>DATE</u>:        10/19/2017
- o  <u>TITLE</u>:        **"Darnell Mayberry and Stephen Noh chat on the start of the Bulls' season"**
- o  <u>SUBJECT</u>:

    - **Noh:** As a New Orleans resident, I hope Lopez takes out the Pelicans' King Cake Baby mascot. Easily the creepiest mascot in the league and <u>looks exactly like the killer from the movie Happy Death Day</u>. Be careful when you're down here, I don't trust that thing.
    **Mayberry:** Wow. Good call on the doppelgänger. But the last thing these Bulls need is for RoLo to go pissing off the voodoo people. Go in peace, RoLo. Go in peace!!
- o  <u>LINK</u>: https://theathletic.com/131529/2017/10/19/darnell-mayberry-and-stephennoh-chat-on-the-start-of-the-bulls-season/

**Belly Up Sports** o <u>FORMAT</u>:  Article o
<u>DATE</u>:  10/27/2018
- o <u>TITLE</u>:  **"5 Terrifying Mascots Compared to Horror Movies:  Halloween Special"**
<u>SUBJECT</u>: "'I'm fairly certain the movie Happy Death Day used the King Cake Baby mascot head as the inspiration for the killer's mask.

The similarities are
earie."

- LINK: https://bellyupsports.com/2018/10/5-terrifying-mascots-compared-tohorror-movies-halloween-special/

## BOGS

**Zack's Film Thoughts**
- FORMAT:        Blog
- DATE:    10/30/2017
- TITLE:    **"Happy Death Day (2017)"** o SUBJECT:
  - "Tree is being stalked by someone in a King Cake Baby Mask. Eventually, the person finds her and kills her."
- LINK: http://zacksfilmthoughts.blogspot.com/2017/10/halloween-2017-october30.html

## REDDIT

- FORMAT: Reddit Thread
- DATE:        2 years ago
- TITLE:        **"The killer from "Happy Death Day" looks awful familiar"** o
- SUBJECT:    Picture comparing the two faces
- LINK: https://www.reddit.com/r/NewOrleans/comments/75u31l/the_killer_from_happy_death_day_looks_awful/

## THREADS/FORUMS (OTHER THAN REDDIT)

**Tiger Droppings** o FORMAT:
Thread/Forum
- DATE:    09/13/2017
- TITLE:    **"APB: New horror movie villain looks exactly like King cake  baby (Pels Mascot)"**
- SUBJECT:        Posted pictures for comparison
- LINK: https://www.tigerdroppings.com/rant/o-t-lounge/apb-new-horror-movievillain-looks-exactly-like-king-cake-baby-pels-mascot/72142748/

**DVD Talk**
- FORMAT: Thread/Forum

- o DATE:    09/20/2018
- o TITLE:    "'Happy Death Day' Reviews/Discussion - 2018 Horror Challenge
- o **SUBJECT**: Movie Discussion
- o o **COMMENTS**:

  "I just assumed the mascot was supposed to be like The New Orleans Pelicans King Cakes Baby, whom they break out every once in a while. And he is damn terrifying."
- o **LINK:** https://forum.dvdtalk.com/dvd-reviews-recommendations/645234-happydeath-day-reviews-discussion-2018-horror-challenge.html

As with the tweets, the inordinate quantity of media exposure is reflective of the uniqueness of the *King Cake Baby* character/mascot.

## IV. Personal Background

7. Present Activities. I am currently principal of James T. Berger/Market Strategies, a strategic marketing communications and consulting firm, and a faculty member at Roosevelt University, Chicago, IL. I currently teach courses in Advertising, Consumer Behavior, Personal Selling and Sales Management, Global Marketing, Marketing Management, and Marketing in Theory and Practice at Roosevelt University's Walter E. Heller College of Business Administration. I have previously taught graduate and undergraduate marketing-related courses at DePaul University and Loyola University, and Northwestern University's Kellogg Graduate School of Management. In addition, I have taught undergraduate courses at Northwestern University's School of Continuing Studies, The University of Illinois at Chicago, and The Lake Forest Graduate School of Management. In November 2011, Oxford University Press published a book that I co-authored with R. Mark Halligan, of the law firm of FisherBroyles entitled *Trademark Surveys: A Litigator's Guide*. The second edition of this book came

out in 2015.   A third edition (2019) has just been published.  This book is now published and being marketed by Lexis-Nexis Matthew Bender.   A second book I authored, **Trademark Surveys in the Age of Daubert,** was also published by Lexis-Nexis Matthew Bender in spring, 2017.  I have authored many articles dealing with marketing and other business-related issues.  A copy of my curriculum vitae (CV) provides a summary of my teaching experience, publications list (which includes all publications authored by me within the last 10 years), billing rate and testimony experience, is attached to this report as **Exhibit C**.  My CV includes a list of all cases in which I have testified as an expert in deposition and trial in the last four (4) years.

8.  <u>Education</u>.  I received a master's degree in Business Administration in 1978 from the University of Chicago Graduate School of Business, with concentrations in marketing and finance.  I also received a Master of Science Degree in Journalism from Northwestern University's Medill School of Journalism in 1965, with concentrations in the news and editorial sequence, and a Bachelor of Arts Degree with a major in journalism from the University of Michigan in 1964.

9.   <u>Prior Experience</u>.  I have previously worked as an Account Supervisor for two Downtown Chicago advertising agencies, as Vice President and Director of Public Relations for another Chicago advertising agency, and as Account Supervisor for two major Chicago public relations agencies.  I have had my own marketing communications consulting practice for more than 30 years and have been involved in marketing consulting and survey work for law firms for more than 20 years.

10. <u>Market Research/Trademark Experience</u>.  I have extensive market research experience, including quantitative and qualitative survey research, and have performed in-person, telephone, and Internet-based interviewing in various industries with respect to brands and trademarks.  I have also designed and coordinated market research programs, including drafting questionnaires, performing, and supervising personal interviews, organizing focus groups, tabulating, and evaluating data, and preparing research reports.  I have delivered continuing legal education programs entitled "Intellectual Property Surveys: Best Practices" twice before the Chicago Bar Association, twice before the Milwaukee Bar Association, before the St. Louis Bar Association, and before the Texas Bar Association.  In addition, I was a presenter at a session in March 2003, before the Minnesota State Bar Association, entitled "The Effective Use of Survey Experts and Evidence in Trademark Cases."  Furthermore, I have authored 22 published articles on intellectual property and trademark/secondary meaning surveys for  INTELLECTUAL PROPERTY TODAY Magazine: (1) "10 Frequently Asked Questions About Intellectual Property Surveys," which appeared in the August 2003 issue; (2) "Swimming in Shark-Infested Waters," which appeared in the June 2004 issue; (3) "Creativity Key to Executing Toughest IP Survey Projects," which appeared in the July 2005 issue; (4) "What IP Attorneys Should Know About Expectations and Costs for Survey Research," which appeared in the April 2006 issue; (5) "10 Easy Ways to Blow Away A Survey," which appeared in the January 2007 issue; (6) "The Power and Perils of Internet Surveys," which appeared in the August 2007 issue; (7) "How to Do an IP Survey

Without Giving Away the Store," which appeared in the April 2008 issue; (8) "New Challenges to the IP Survey Process," which appeared in the July 2009 issue; (9) "Introducing the Internet/Telephone 'Hybrid' Survey," which appeared in the July 2010 issue; (10) "When NOT To Do An Intellectual Property Survey," which appeared in the November 2010 issue; (11) "A New Survey Protocol for Proving/Disproving Design Patent Infringement," which appeared in the April 2011 issue; (12) "How to Apply Theory of Probability to Decision to the Decision of Whether to Do an I.P. Survey," which appeared in the February 2011 issue; (13) "The Descriptive/Suggestive Conundrum in Trademark Surveys," which appeared in the November 2011 issue; (14) "The Pre-Litigation Pilot Trademark Survey," which appeared in the March 2012 issue; (15) "Frequently Asked Questions About Trademark Surveys," which appeared in the December, 2012 issue; (16) "Internet Surveys Come of Age," which appeared in the July, 2013 issue; (17) "10 Common Myths About Trademark Surveys," which appeared in the September, 2013 issue; (18) "Will A Survey Help Win A Likelihood of Confusion Case?" in the September, 2014 issue; (19)"Will a Survey Enhance the Chances of Winning a Trademark Case," in the Fall, 2018, issue of *Bright Ideas,* a publication of the Intellectual Property Law Section of the New York State Bar Association; (20) "Ten Things to Avoid When Doing Trademark Surveys," IP Watchdog, March 2, 2019; (21) Costs, Expectations and Methodologies for Trademark Surveys," Texas Bar Journal, March, 2019; (22) "Why the Internet Has Become the Smart Way To Do Trademark Surveys," IP Watchdog, Aug.10, 2019; (23) "Ten Best Practices for Trademark Surveys," Michigan Bar Review,

March 2020.  I also do extensive freelance writing for magazines and other publications on a variety of business-related topics, including marketing, marketing communications and trademarks.  Early in my career, I worked as Account Executive and later Account Supervisor at The Public Relations Board, Inc. Chicago.  In this capacity, I developed several surveys and was responsible for compiling the MUSIC U.S.A., an annual compilation of statistical data of the music industry and music participation in the United States.

11. <u>Trademark Testimony Experience</u>.  I have testified as an expert in strategic marketing, marketing communications and intellectual property surveys with respect to brands and trademarks.  Over the last 15 years, I was retained as an expert in more than 100 lawsuits.  In many of those lawsuits, the issue involved was some form of trademark and/or trade dress infringement, likelihood of confusion, and/or whether a trademark had achieved secondary meaning.  In addition, I have been retained as an expert in cases involving efforts to prove or disprove whether names were generic, descriptive, or suggestive.  In many of those lawsuits, I have given deposition and/or trial testimony.

## V. Conclusion and Opinion

12. Based on the preceding analysis and based on my education, training and experience in the field of marketing and intellectual property evaluation, it is my opinion to a reasonable degree of certainty that when *King Cake Baby* and the *Happy Death Day* mask are viewed in a side-by-side comparison by lay persons, these nearly identical characters appear to be substantially similar.   Moreover,

based on the observational evidence, it appears that Universal et al. copied the idea, expression, and character of *King Cake Baby*. Based on the preceding analysis, there is no question in my mind that the facts show conclusively that the *Happy Death Day* character is perceived by lay persons as substantially similar under the criteria set forth by Fifth Circuit's copyright infringement standard forth above.

James T. Berger

## King Cake Baby + Happy Death Day Tweets

### TABLE

(* = Example included in Complaint)

1.  February 25, 2014    https://twitter.com/TheRealLaSoga/status/438321478489350144
2.  February 25, 2014    https://twitter.com/loueyville/status/438407311669727233
3.  February 25, 2014    https://twitter.com/femmebionic/status/438322721722601472
4.  February 27, 2014    https://twitter.com/lukejamesbgn/status/439227783760592896
5.  February 10, 2015    https://twitter.com/KevinWashJr/status/565246719105847296
6.  *June 15, 2017    https://twitter.com/cmaitlandmm/status/875408864572788739
7.  *June 18, 2017    https://twitter.com/DearBurlyMan/status/876538130173767681
8.  August 14, 2017    https://twitter.com/ACinthe715/status/897260180328644608
9.  August 14, 2017    https://twitter.com/icecrewofficial/status/897282279793283072
10. August 25, 2017    https://twitter.com/JonathonPenick/status/901245676394360838
11. *September 19, 2017    https://twitter.com/mjprovine/status/910334154826506241
12. September 20, 2017    https://twitter.com/AdiJoseph/status/910688476877684736
13. September 23, 2017    https://twitter.com/alisonolabc/status/911741213581152257
14. September 26, 2017    https://twitter.com/PatrickInNC/status/912874812464345088
15. September 27, 2017    https://twitter.com/elizabethcrisp/status/913229663975206912
16. September 28, 2017    https://twitter.com/therealritter/status/913274476027985920
17. *September 29, 2017    https://twitter.com/kesters2/status/913894550858543104
18. October 4, 2017    https://twitter.com/Kevin_J_Loria/status/919338999474524160
19. October 5, 2017    https://twitter.com/AnneCutler/status/916018478540144640
20. October 5, 2017    https://twitter.com/ace_of_pages/status/916114277328674817
21. October 10, 2017    https://twitter.com/intothecrevasse/status/917904893423312896
22. October 10, 2017    https://twitter.com/K0jiii/status/917930182148804608
23. October 11, 2017    https://twitter.com/little_sparrows/status/918042226042662913
24. October 11, 2017    https://twitter.com/misterjingo1/status/918195458903814144
25. October 12, 2017    https://twitter.com/FearTheBrown/status/918507866054713344
26. *October 12, 2017    https://twitter.com/matmartinez35/status/918611507105161216
27. October 13, 2017    https://twitter.com/gholson/status/918939988074684417
28. October 13, 2017    https://twitter.com/therealbradg/status/918728009820995587
29. October 14, 2017    https://twitter.com/Rob_Maza/status/919296814825725952
30. October 14, 2017    https://twitter.com/Kevin_J_Loria/status/919338999474524160
31. October 17, 2017    https://twitter.com/andyclarkk/status/920506615241035776
32. *October 19, 2017    https://twitter.com/tjfuchs/status/921233064168005632
33. October 27, 2017    https://twitter.com/Coene_Arts/status/923876014408814592
34. November 14, 2017    https://twitter.com/wilrett/status/930553731913011200
35. January 10, 2018    https://twitter.com/jayewardell/status/951213060106186754
36. January 20, 2018    https://twitter.com/kbocajr/status/954799562266501120
37. January 28, 2018    https://twitter.com/britestack/status/957713265026584576
38. February 13, 2018    https://twitter.com/gokublue218/status/963381061165174790
39. March 16, 2018    https://twitter.com/Foywonder/status/974711041044156417
40. May 1, 2018    https://twitter.com/loveoftheburger/status/991393254661861377
41. May 24, 2018    https://twitter.com/SpenserHickey/status/999673319929663490
42. October 11, 2018    https://twitter.com/JonGoncalves/status/1050600018569089027
43. *October 16, 2018    https://twitter.com/MDB_100/status/1052072242392137728
44. November 30, 2018    https://twitter.com/DruProductions/status/1068657142167687169

1

Exhibit A    BERTUCCELLI-STUDIO 3 - 000214

| 45. December 29, 2018 | https://twitter.com/TomMcGuinness/status/1079241392046686210 |
| 46. January 5, 2019 | https://twitter.com/NavyHuskie/status/1081659498937368576 |
| 47. *January 21, 2019 | https://twitter.com/becky_aurit/status/1087435761811628032 |
| 48. January 21, 2019 | https://twitter.com/bjbigplayer/status/1087622361283588096 |
| 49. *January 22, 2019 | https://twitter.com/whodoulovenow/status/1087770994570420227 |
| 50. January 22, 2019 | https://twitter.com/Creolebeauty82/status/1087915208293707776 |
| 51. January 22, 2019 | https://twitter.com/kingcakesnob/status/1087833471354048513 |
| 52. *February 4, 2019 | https://twitter.com/palmer_lyfe/status/1092443450144944129 |
| 53. February 6, 2019 | https://twitter.com/jeffkramer327/status/1093203687168765952 |
| 54. February 6, 2019 | https://twitter.com/jeffkramer327/status/1093203687168765952 |
| 55. February 7, 2019 | https://twitter.com/Blew25PointLead/status/1093690388211220481 |
| 56. February 9, 2019 | https://twitter.com/becky_aurit/status/1094335736965488646 |
| 57. February 11, 2019 | https://twitter.com/ItsQuebbie/status/1095016794509721600 |
| 58. February 12, 2019 | https://twitter.com/JRoVegas/status/1095201326064005120 |
| 59. February 12, 2019 | https://twitter.com/lessismoore504/status/1095513456139272192 |
| 60. February 12, 2019 | https://twitter.com/WhoDatTN/status/1095476460192743425 |
| 61. February 13, 2019 | https://twitter.com/sjones913/status/1095853789066813440 |
| 62. February 13, 2019 | https://twitter.com/KalebGodfrey00/status/1095816331440594944 |
| 63. February 13, 2019 | https://twitter.com/GSpeed9/status/1095710686922113027 |
| 64. February 13, 2019 | https://twitter.com/lamarbourgeois/status/1095831446852382720 |
| 65. February 15, 2019 | https://twitter.com/starlax_hs/status/1096410269859958784 |
| 66. February 15, 2019 | https://twitter.com/NOLA_Hornicans/status/1096495977010221056 |
| 67. September 19, 2019 | https://twitter.com/mjprovine/status/910334154826506241 |
| 68. September 23, 2019 | https://twitter.com/Carnivaltom/status/1176227352659079168 |
| 69. September 27, 2019 | https://twitter.com/elizabethcrisp/status/913229663975206912 |
| 70. November 18, 2019 | https://twitter.com/high_tower/status/1196338351642529792 |
| 71. December 23, 2019 | https://twitter.com/VermyFox/status/1209275489212346369 |
| 72. January 28, 2020 | https://twitter.com/chapel3929/status/1222182857797513218 |
| 73. January 31, 2020 | https://twitter.com/TheChormbles/status/1223287201041133569 |

2

BERTUCCELLI-STUDIO 3 - 000215

## CHRONOLOGICAL ORDER

1.  **February 25, 2014**
    - https://twitter.com/TheRealLaSoga/status/438321478489350144

 **Soga**
@TheRealLaSoga

#KingCakeBaby Mascot would be a great horror movie based in New Orleans!

8:35 AM · Feb 25, 2014 · Twitter for iPhone

2.  **February 25, 2014**
    - https://twitter.com/loueyville/status/438407311669727233

 **Loueyville**
@loueyville

This is hilarious. The new NOLA Pelican's mascot is something out of a horror movie.
bleacherreport.com/articles/19727... #KingCakeBaby

2:17 PM · Feb 25, 2014 · Twitter for Mac

3.  **February 25, 2014**
    - https://twitter.com/femmebionic/status/438322721722601472

 **Clare Castleberry**
@femmebionic

#KingCakeBaby should be an inspiration to all the #horror writers out there.

8:40 AM · Feb 25, 2014 · Twitter Web Client

4.  **February 27, 2014**
    - https://twitter.com/lukejamesbgn/status/439227783760592896

 **Luke James**
@lukejamesbgn

King Cake Baby should star in his own horror movie.

8:37 PM · Feb 27, 2014 · Twitter for iPhone

3

BERTUCCELLI-STUDIO 3 - 000216

5. **February 10, 2015**
   - https://twitter.com/KevinWashJr/status/565246719105847296



**Kevin**
@KevinWashJr

One day, there will be a horror movie about the
#KingCakeBaby. That baby ain't right y'all.

2:31 PM · Feb 10, 2015 · Twitter Web Client

6. **June 15, 2017 (*Included in Complaint)**
   - https://twitter.com/cmaitlandmm/status/875408864572788739



**Chris Maitland**
@cmaitlandmm

'Bout time they made a slasher movie about the King
Cake Baby

**Universal Horror** ✔ @UniversalHorror · Jun 15, 2017
Wake up, try to solve your own murder, fail, wake up, try again.

▶  7.7M views                                    1:54 / 2:30  ◁))  ↗

12:45 PM · Jun 15, 2017 · Twitter Web Client

4

BERTUCCELLI-STUDIO 3 - 000217

7. **June 18, 2017 (*Included in Complaint)**
   - https://twitter.com/DearBurlyMan/status/876538130173767681



**George Geef**
@DearBurlyMan

@HPbasketball so the King Cake Baby is definitely the villain in this new movie



3:32 PM · Jun 18, 2017 · Talon (Plus)

8. **August 14, 2017**
   - https://twitter.com/ACinthe715/status/897260180328644608



**ACorantined in the 715**
@ACinthe715

So the plot of Happy Death Day is the King Cake Baby murders young women? 😳



5

BERTUCCELLI-STUDIO 3 - 000218

9. **August 14, 2017**
   - https://twitter.com/icecrewofficial/status/897282279793283072



#HAPPYDEATHDAY

0:05

☐ 151    ⤵ 2K    ♡ 9.9K    ↥

**ice crew official**
@icecrewofficial

Replying to @UniversalHorror

is that my boy @KingCakeBaby finally making his film debut?!?

9:22 PM · Aug 14, 2017 · Twitter for iPhone

10. **August 25, 2017**
   - https://twitter.com/JonathonPenick/status/901245676394360838

**Jonathon** 🎓
@JonathonPenick

@bayoubabylon so King Cake baby has a role in a major film. Can you confirm?



●●○○○ AT&T 📶          7:49 PM          @ 🛡 54% 🔋

🔍 happy death day

Back to the Movies          ⋮

Teasers Released for Universal's Happy Death Day |

Images may be subject to copyright.

6

BERTUCCELLI-STUDIO 3 - 000219

## 11. September 19, 2017 (*Included in Complaint)

- https://twitter.com/mjprovine/status/910334154826506241



**Mike Provine**
@mjprovine

The killer in Happy Death Day is the King Cake Baby!!!
#HappyDeathDay #NBA 🏀 #NOLA #Pelicans



9:45 PM · Sep 19, 2017 · Twitter for iPhone

## 12. September 20, 2017

- https://twitter.com/AdiJoseph/status/910688476877684736

**Adi Joseph** ✓
@AdiJoseph

So "Happy Death Day" appears to be a @KingCakeBaby
biopic ...

9:13 PM · Sep 20, 2017 · Twitter for iPhone

**2** Likes

**Thundergun** @spandexLarry · Sep 20, 2017
Replying to @AdiJoseph and @KingCakeBaby



7

BERTUCCELLI-STUDIO 3 - 000220

## 13. September 23, 2017

- https://twitter.com/alisonolabc/status/911741213581152257



Slate ✔ @Slate · Sep 23, 2017
The trailer for Happy Death Day fails to make the case that Death Day is a happy occasion: slate.me/2fhkAdp

Alison Roberts
@alisonolabc

Replying to @Slate

It looks the killer's mask come from the NO Pelicans creepy King Cake Baby mascot

6:56 PM · Sep 23, 2017 · Twitter for iPhone

## 14. September 26, 2017

- https://twitter.com/PatrickInNC/status/912874812464345088



Patrick
@PatrickInNC

I'm not saying the @KingCakeBaby is the #HappyDeathDay killer. I'm saying it's a terrifying mascot's logical progression. @UniversalHorror





BERTUCCELLI-STUDIO 3 - 000221

**15. September 27, 2017**
- https://twitter.com/elizabethcrisp/status/913229663975206912



**16. September 28, 2017**
- https://twitter.com/therealritter/status/913274476027985920



How come the Happy Death Day killer is the New Orleans Pelicans mascot tho?



12:29 AM · Sep 28, 2017 · Twitter for iPhone

9

BERTUCCELLI-STUDIO 3 - 000222

**17. September 29, 2017 (\*Included in Complaint)**

- https://twitter.com/kesters2/status/913894550858543104



**K. Esters (Flatten the Curve)**
@kesters2

Just realized the masked killer in "Happy Death Day" movie is basically N.O. Pelicans King Cake baby. Thankfully, I wont be seeing either

5:33 PM · Sep 29, 2017 · Twitter for iPhone

**18. October 4, 2017**

- https://twitter.com/Kevin_J_Loria/status/919338999474524160



**Kevin J Loria**
@Kevin_J_Loria

#happydeathday killer & #kingcakebaby separated at birth? You decide #neworleanpelicans @UniversalHorror @PelicansNBA





10

BERTUCCELLI-STUDIO 3 - 000223

**19. October 5, 2017**

- https://twitter.com/AnneCutler/status/916018478540144640

Anne Cutler ✔
@AnneCutler

King Cake Baby got a new gig! #HappyDeathDay



2:13 PM · Oct 5, 2017 · Twitter Web Client

**20. October 5, 2017**

- https://twitter.com/ace_of_pages/status/916114277328674817

Candace
@ace_of_pages

Just saw a trailer for Happy Death Day. @KingCakeBaby is that you?! 😱



8:33 PM · Oct 5, 2017 · Twitter for iPhone

11

BERTUCCELLI-STUDIO 3 - 000224

**21. October 10, 2017**
- https://twitter.com/intothecrevasse/status/917904893423312896



**Charles Bramesco** ✓
@intothecrevasse

HAPPY DEATH DAY: the first film to fully capitalize of the unadulterated terror of the New Orleans Cake Baby.

7:09 PM · Oct 10, 2017 · Twitter for iPhone

**1** Retweet    **18** Likes

**Charles Bramesco** ✓ @intothecrevasse · Oct 10, 2017
Replying to @intothecrevasse
This film was shot at Loyola and shouts out Crescent City Comics and Dumpstaphunk. This is all that is interesting about it
♡ 4    ♡ 4

**Charles Bramesco** ✓ @intothecrevasse · Oct 10, 2017
Replying to @melvillmatic
so that WAS him!
♡ 1

**22. October 10, 2017**
- https://twitter.com/K0jiii/status/917930182148804608



**jjjjjjjjjjjjjj**
@K0jiii

wait is king cake baby in happy death day

8:49 PM · Oct 10, 2017 · Twitter Web Client

**23. October 11, 2017**
- https://twitter.com/little_sparrows/status/918042226042662913

**Kylie**
@little_sparrows

Just saw #HappyDeathDay and it's about fucking time there was a horror comedy about the goddamn king cake baby.

4:14 AM · Oct 11, 2017 from Sydney, New South Wales · Twitter for iPhone

BERTUCCELLI-STUDIO 3 - 000225

## 24. October 11, 2017

- https://twitter.com/misterjingo1/status/918195458903814144



Mike Kumpf
@misterjingo1

Replying to @UniversalHorror

i see @KingCakeBaby been working during the offseason....

2:23 PM · Oct 11, 2017 · Twitter Web Client

## 25. October 12, 2017

- https://twitter.com/FearTheBrown/status/918507866054713344

Shamit Dua
@FearTheBrown

Oh my god they cast @KingCakeBaby in Happy Death Day



13

BERTUCCELLI-STUDIO 3 - 000226

**26. October 12, 2017 (*Included in Complaint)**

- https://twitter.com/matmartinez35/status/918611507105161216



**Mat Martinez**
@matmartinez35

Replying to @KingCakeBaby

Not gonna lie...saw the movie trailer.. immediately
thought of King Cake Baby

5:57 PM · Oct 12, 2017 · Twitter for iPhone

**27. October 13, 2017**

- https://twitter.com/gholson/status/918939988074684417



**John Gholson** ✔
@gholson

I don't want to spoil the ending but the killer in HAPPY
DEATH DAY is the NOLA Baby Cakes mascot.



3:42 PM · Oct 13, 2017 · Twitter for Mac

14

BERTUCCELLI-STUDIO 3 - 000227

### 28. October 13, 2017

- https://twitter.com/therealbradg/status/918728009820995587



**Jellicle Brad, the Lifelong H*wks Fan**
@therealbradg

Shoutout to @KingCakeBaby on his film debut too



1:40 AM · Oct 13, 2017 · Twitter Web App

### 29. October 14, 2017

- https://twitter.com/Rob_Maza/status/919296814825725952



**Roberto Mazariegos**
@Rob_Maza

@ShockWavesPod With the director of happy death day filming in New Orleans, could the mask take inspiration from the pelicans mascot



3:20 PM · Oct 14, 2017 · Twitter for iPhone

15

BERTUCCELLI-STUDIO 3 - 000228

**30. October 14, 2017**

- https://twitter.com/Kevin_J_Loria/status/919338999474524160



Kevin J Loria
@Kevin_J_Loria

#happydeathday killer & #kingcakebaby separated at
birth? You decide #neworleanpelicans @UniversalHorror
@PelicansNBA





**31. October 17, 2017**

- https://twitter.com/andyclarkk/status/920506615241035776



andy
@andyclarkk

tfw you realize the killer in Happy Death Day is wearing
the king cake baby mascot mask



11:27 PM · Oct 17, 2017 · Twitter for iPhone

16

BERTUCCELLI-STUDIO 3 - 000229

**32. October 19, 2017 (\*Included in Complaint)**

- https://twitter.com/tjfuchs/status/921233064168005632



**Georgeous Gorge**
@tjfuchs

HAPPY DEATH DAY is the best movie that will ever be made about King Cake Baby getting a taste for murder



11:34 PM · Oct 19, 2017 · Twitter for Android

**33. October 27, 2017**

- https://twitter.com/Coene_Arts/status/923876014408814592



704.4K views                    0:12 / 0:14

◯ 48          ↻ 182          ♡ 1.3K

**Peter Coene (#PlagueDoctorDelivery)**
@Coene_Arts

Replying to @UniversalHorror

Looks like the king cake baby mascot we have at Pelicans games here in New Orleans.



17

BERTUCCELLI-STUDIO 3 - 000230

## 34. November 14, 2017

- https://twitter.com/wilrett/status/930553731913011200



## 35. January 10, 2018

- https://twitter.com/jayewardell/status/951213060106186754



Theory:
The killer from "happy death day", is just the old New Orleans Pelicans king cake baby mascot grown up.

Evidence:
They're both ugly as hell, and from Louisiana.

I rest my case.



4:04 PM · Jan 10, 2018 · Twitter for Android

18

BERTUCCELLI-STUDIO 3 - 000231

**36. January 20, 2018**
- https://twitter.com/kbocajr/status/954799562266501120

 **Kendall Bossier**
@kbocajr

If you ever watch or have watched "Happy Death Day", notice how much the killer's mask looks like the @PelicansNBA King Cake Baby mascot.

1:35 PM · Jan 20, 2018 · Twitter for iPhone

**37. January 28, 2018**
- https://twitter.com/britestack/status/957713265026584576

 **Brit Stack** ✓
@britestack

Can we please acknowledge that in "Happy Death Day," the King Cake Baby basically kills this girl over and over?

2:33 PM · Jan 28, 2018 · Twitter for iPhone

**38. February 13, 2018**
- https://twitter.com/gokublue218/status/963381061165174790

 **goku blue**
@gokublue218

⚡ King Cake Baby might be the scariest thing about Mardi Gras by @wdsu

twitter.com/i/moments/9613.... Happy death day

5:55 AM · Feb 13, 2018 · Twitter for Android

BERTUCCELLI-STUDIO 3 - 000232

**39. March 16, 2018**
  - https://twitter.com/Foywonder/status/974711041044156417


**Foywonder**
@Foywonder

Since the killer's mask in Happy Death Day was inspired by a creepy basketball mascot the murderer's attire in the sequel should be based on another one. Balls in your court, @_RyanTurek



**40. May 1, 2018**
  - https://twitter.com/loveoftheburger/status/991393254661861377


**Burger Bucket List**
@loveoftheburger

Happy Death Day 2 cast announced an underrated @blumhouse gem
ICYMI: the #kingcakebaby killer TY @JasonBlum
joblo.com/horror-movies/...
#happydeathday



2:05 PM · May 1, 2018 · Twitter Web Client

20

BERTUCCELLI-STUDIO 3 - 000233

**41. May 24, 2018**

- https://twitter.com/SpenserHickey/status/999673319929663490



**Spenser Hickey** ✓
@SpenserHickey

Hot take: The #HappyDeathDay baby mascot is actually believable bc it's in Louisiana, home of the even scarier @KingCakeBaby. Has no one mentioned this, and will it be in the sequel? CC @jessica_rothe @israelbroussard @blumhouse



**42. October 16, 2018 (*Included in Complaint)**

- https://twitter.com/MDB_100/status/1052072242392137728



**Sephiroth the Hedgehog**
@MDB_100

#MDB_31 Movie #14: Happy Death Day. I liked how the killer wore a King Cake Baby mask. That was cool.



12:42 AM · Oct 16, 2018 · Twitter for Android

21

BERTUCCELLI-STUDIO 3 - 000234

43. October 11, 2018
- https://twitter.com/JonGoncalves/status/1050600018569089027



**Stick Hoop Boy** @JonGoncalves · Oct 11, 2018
"my mom is goi-"
"going out of town and you're having a party?"
"howd you know?"

big into the trailer for this movie on the happy death day dvd where someone finishes the most obvious sentence ever

♡ 1        ↻        ♡ 2        ↑

**Stick Hoop Boy**
@JonGoncalves

[netflix and chill voice] halo top and king cake baby murder movie

11:12 PM · Oct 11, 2018 · Twitter Web Client

44. November 30, 2018
- https://twitter.com/DruProductions/status/1068657142167687169



**Andrew Smith写真家**
@DruProductions

I don't know what happy death day is but, is that King Cake Baby?

**GQ Magazine** ✓ @GQMagazine · Nov 30, 2018
The #HappyDeathDay2U trailer is finally here gq.mn/ydocxFY

6:04 PM · Nov 30, 2018 · Twitter Web Client

45. December 29, 2018
- https://twitter.com/TomMcGuinness/status/1079241392046686210



**Thomas McGuinness**
@TomMcGuinness

This movie preview before the final UFC fight of the night...is that @KingCakeBaby?

11:02 PM · Dec 29, 2018 · Twitter for Android

22

BERTUCCELLI-STUDIO 3 - 000235

### 46. January 5, 2019
- https://twitter.com/NavyHuskie/status/1081659498937368576


HUSKIE 🦴
@NavyHuskie

I can't watch Happy Death Day 2 U because the killer
looks too much like the mascot of this city's baseball
team



### 47. January 21, 2019 (*Included in Complaint)
- https://twitter.com/becky_aurit/status/1087435761811628032

Rebecca Aurit
@becky_aurit

King Cake Baby wants you to see "Happy Death Day 2
U." @fml_movies @KingCakeBaby

Fantasy Movie League @fml_movies · Jan 21, 2019
A coming soon look at "Happy Death Day 2 U."
ow.ly/SW4E30njoZx



1:44 PM · Jan 21, 2019 from St Paul, MN · Twitter for iPhone

23

BERTUCCELLI-STUDIO 3 - 000236

**48. January 21, 2019**

- https://twitter.com/bjbigplayer/status/1087622361283588096



Replying to @UniversalHorror

Terrorized by King Cake Baby.



**49. January 22, 2019 (\*Included in Complaint)**

- https://twitter.com/whodoulovenow/status/1087770994570420227

jeannette NOT janet
@whodoulovenow

They finally made a horror movie with the king cake baby.

Universal Horror ✓ @UniversalHorror · Jan 21, 2019
Déjà vu, much? #HappyDeathDay2U is in theaters February 13.

❤️ to make a date with Babyface, and he'll be in touch soon.



11:56 AM · Jan 22, 2019 from Oak Park, IL · Twitter for iPhone

24

BERTUCCELLI-STUDIO 3 - 000237

## 50. January 22, 2019

- https://twitter.com/Creolebeauty82/status/1087915208293707776



Creolebeauty82
@Creolebeauty82

Replying to @UniversalHorror

He looks like @KingCakeBaby 😲 😲

9:29 PM · Jan 22, 2019 · Twitter for Android

## 51. January 22, 2019

- https://twitter.com/kingcakesnob/status/1087833471354048513

King Cake Snob
@kingcakesnob

Is @KingCakeBaby a movie star now?

Universal Horror ✔ @UniversalHorror · Jan 1, 2019
New Year, new trailer. #HappyDeathDay2U in theaters Valentine's Day.



4:04 PM · Jan 22, 2019 · Twitter for iPhone

25

BERTUCCELLI-STUDIO 3 - 000238

**52. February 4, 2019 (*Included in Complaint)**
- https://twitter.com/palmer_lyfe/status/1092443450144944129



**53. February 6, 2019**
- https://twitter.com/jeffkramer327/status/1093203687168765952



26

BERTUCCELLI-STUDIO 3 - 000239

**54. February 6, 2019**

- https://twitter.com/jeffkramer327/status/1093203687168765952



Jefé Kramirez
@jeffkramer327

Replying to @UniversalHorror

I forgot @KingCakeBaby had his own movie

11:44 AM · Feb 6, 2019 · Twitter for iPhone

**55. February 7, 2019**

- https://twitter.com/Blew25PointLead/status/1093690388211220481

The Westbank Who Dat-falcons blew a 25 point lead
@Blew25PointLead

@KingCakeBaby you in a movie? 🤔



27

BERTUCCELLI-STUDIO 3 - 000240

**56. February 9, 2019**

- https://twitter.com/becky_aurit/status/1094335736965488646



**Rebecca Aurit**
@becky_aurit

@fml_movies I didn't realize that "Happy Death Day" was filmed in New Orleans until I made the husband watch it last night. It IS @KingCakeBaby!

> **Rebecca Aurit** @becky_aurit · Jan 21, 2019
> King Cake Baby wants you to see "Happy Death Day 2 U." @fml_movies @KingCakeBaby twitter.com/fml_movies/sta...
> Show this thread

2:42 PM · Feb 9, 2019 from St Paul, MN · Twitter for iPhone

1 Like

**Rebecca Aurit** @becky_aurit · Feb 9, 2019
Replying to @becky_aurit

**57. February 11, 2019**

- https://twitter.com/ItsQuebbie/status/1095016794509721600



Happy Death Day 2U – Get Tickets Now
🔗 www.happydeathday.com

○ 171       ⟲ 478       ♡ 4.7K       ⬆

**crawfish taco szn**
@ItsQuebbie

Replying to @UniversalHorror

Looks like a @KingCakeBaby rip off

11:48 AM · Feb 11, 2019 · Twitter for Android

BERTUCCELLI-STUDIO 3 - 000241

**58. February 12, 2019**

- https://twitter.com/JRoVegas/status/1095201326064005120



Jennifer Roberts
@JRoVegas

Hey @KingCakeBaby ... is this your cousin?  When is your horror movie, er, biography being released?



12:01 AM · Feb 12, 2019 from Las Vegas, NV · Twitter for iPhone

**59. February 12, 2019**

- https://twitter.com/lessismoore504/status/1095513456139272192



YEETdad.com @ home
@lessismoore504

Replying to @UniversalHorror

@KingCakeBaby

8:42 PM · Feb 12, 2019 · Twitter for iPhone

BERTUCCELLI-STUDIO 3 - 000242

**60. February 12, 2019**

- https://twitter.com/WhoDatTN/status/1095476460192743425

 **WhoDat in TN**
@WhoDatTN

Every time I see a commercial for that movie I think to myself "The King Cake Baby finally snapped."

6:15 PM · Feb 12, 2019 · Twitter for Android

**61. February 13, 2019**

- https://twitter.com/sjones913/status/1095853789066813440

 **Shawna Jones**
@sjones913

Does the "Happy Death Day" mask look like the King Cake Baby mascot? I voted Spitting image on WWL. What's your vote? wwltv.com/vote

7:14 PM · Feb 13, 2019 · Twitter Web Client

BERTUCCELLI-STUDIO 3 - 000243

62. February 13, 2019

- https://twitter.com/KalebGodfrey00/status/1095816331440594944



**K BOB**
@KalebGodfrey00

Life is CRAZY!

I had the pleasure of joining the cast of Happy Death Day 2U playing the Bayfield Baby Mascot 👶 🍼

It was a blast getting to work with everyone with these incredible people.

#HDD2U is in theaters NOW!

btw @KingCakeBaby , you have nothing on me 😉



31

BERTUCCELLI-STUDIO 3 - 000244

### 63. February 13, 2019

- https://twitter.com/GSpeed9/status/1095710686922113027

**Gregs LSU Astros**
@GSpeed9

More King Cake Baby killer???

**Ryan Turek** @_RyanTurek · Feb 13, 2019

Hi! @creetureshow 's Happy Death Day 2U is in theaters today. That means:
More Tree! More Babyface killer! More time loops! More laughs! More mystery! I
hope you get out to see it because it absolutely does not disappoint. 😊 🔪



9:45 AM · Feb 13, 2019 · Twitter for iPhone

### 64. February 13, 2019

- https://twitter.com/lamarbourgeois/status/1095831446852382720

**Lamar Bourgeois III**
@lamarbourgeois

OK, who else thought, 'That looks King Cake Baby,' when
they first saw the trailer for this movie? Tonight, we hear
from the attorney representing the local mascot designer,
and some of you weigh in. @WWLTV at 6


**Universal Horror** ✔ @UniversalHorror · Feb 13, 2019
🔥 #HDD2U IS NOW PLAYING in theaters! Get tickets: unvrs.al/HDD2UTix



15.5K views                    0:07 / 0:18  🔇  ↗

5:45 PM · Feb 13, 2019 · Twitter Web Client

32

BERTUCCELLI-STUDIO 3 - 000245

65. February 15, 2019

- https://twitter.com/starlax_hs/status/1096410269859958784



**Starlax**
@starlax_hs

@PowerTripKFAN The New Orleans Baby Cakes they are a minor league baseball team. The mascot is more terrifying then the Happy Death Day killer.



8:05 AM · Feb 15, 2019 from Plymouth, MN · Twitter for iPhone

66. February 15, 2019

- https://twitter.com/NOLA_Hornicans/status/1096495977010221056



Happy Death Day 2U – Get Tickets Now
🔗 www.happydeathday.com

💬 6          ↺ 10          ♡ 115          ⬆

**Hells Pels**
@NOLA_Hornicans

Replying to @UniversalHorror

@KingCakeBaby is this where you've been?

1:46 PM · Feb 15, 2019 · Twitter for iPhone

BERTUCCELLI-STUDIO 3 - 000246

### 67. September 19, 2019

- https://twitter.com/mjprovine/status/910334154826506241



**Mike Provine**
@mjprovine

The killer in Happy Death Day is the King Cake Baby!!!
#HappyDeathDay #NBA 🏀 #NOLA #Pelicans

9:45 PM · Sep 19, 2017 · Twitter for iPhone

### 68. September 23, 2019

- https://twitter.com/Carnivaltom/status/1176227352659079168



**tommy faciane**
@Carnivaltom

Replying to @nickpoche

Happy Death Day is good. (#KingCakeBaby)

3:10 PM · Sep 23, 2019 · Twitter for Android

### 69. September 27, 2019

- https://twitter.com/elizabethcrisp/status/913229663975206912

**Elizabeth Crisp** ✓
@elizabethcrisp

I just saw a trailer for this movie #HappyDeathDay on TV.

Is that... is that @KingCakeBaby???



**Universal Horror** ✓ @UniversalHorror · Sep 27, 2017
Slay all day. #HappyDeathDay 💀 😵 💀 😵

9:31 PM · Sep 27, 2017 · Twitter Web Client

34

BERTUCCELLI-STUDIO 3 - 000247

**70. November 18, 2019**

- https://twitter.com/high_tower/status/1196338351642529792



high_tower @high_tower · Nov 17, 2019
Good lord that Pelicans King Cake Baby mascot is the stuff of nightmares and I am here for it

vm ✳ @tentwentysixpm · Nov 18, 2019
and just like that, i will never sleep again.

high_tower
@high_tower

Replying to @tentwentysixpm

I'm so sorry (fun fact they sued happy death day bc the killers creepy baby face mask was waaaay similar to the mascot ahahhaha)

**71. December 23, 2019**

- https://twitter.com/VermyFox/status/1209275489212346369



Bitey McBite-rsen
@VermyFox

Replying to @microdile and @BrynkBunny

his basketball flesh might work though for a Chuck Tingle novella!

Unlike King Cake Baby who is the Happy Death Day killer but more naked

6:51 PM · Dec 23, 2019 · Twitter Web App

35

BERTUCCELLI-STUDIO 3 - 000248

**72. January 28, 2020**

- https://twitter.com/chapel3929/status/1222182857797513218



**Dr Whom**
@chapel3929

King Cake Baby symbolizes death

Not just in the movie but in real life too

9:41 AM · Jan 28, 2020 · Twitter for iPhone

**73. January 31, 2020**

- https://twitter.com/TheChormbles/status/1223287201041133569



♡ 8        ⟲        ♡ 32        ⬆



**pale ravener of horrible meat**
@TheChormbles

Replying to @TashaRobinson

are you familiar with the seasonal mascot for the New Orleans Pelicans, King Cake Baby? I feel like it's necessary context for these films.



BERTUCCELLI-STUDIO 3 - 000249



King Cake Bat

# Featured snippet from the web



NEW ORLEANS — The battle of the **babies** has begun as the creator of a familiar Mardi Gras mascot filed a **lawsuit** on Tuesday against the makers of a horror film for copyright infringement. According to the civil **lawsuit**, New Orleans designer Jonathan Bertuccelli created **"King Cake Baby"** in 2009.Feb 12, 2019



- Trustworthy

It's safe to go ahead.

## Creator of King Cake Baby sues Universal Studios over ...
www.wwltv.com › article › news › local › orleans › cre...

www.wwltv.com › article › news › local › orleans › cre...
1. Cached

Feedback
About Featured Snippets

# Web results



- Trustworthy

It's safe to go ahead.

**Exhibit B**

## King Cake Baby is angry this movie is copying his horrifying ...
*www.wdsu.com › article › king-cake-baby-is-angry-thi...*

*www.wdsu.com › article › king-cake-baby-is-angry-thi...*
1. Cached

Feb 12, 2019 - The iconic mascot for the New Orleans Pelicans, the **King Cake Baby**, is **suing** a major motion picture company for copyright infringement.



- Trustworthy

It's safe to go ahead.

## Lawsuit claims movie villain is King Cake Baby's evil twin ...
*www.nola.com › entertainment_life*

*www.nola.com › entertainment_life*
Feb 13, 2019 - The resemblance forced **King Cake Baby**, the New Orleans Pelicans' freakish mascot, to take to twitter "to publicly deny that (**King Cake Baby**) ...



- Trustworthy

It's safe to go ahead.

## Report: King Cake Baby creator suing 'Happy Death Day ...
*www.nola.com › entertainment_life › movies_tv*

*www.nola.com › entertainment_life › movies_tv*
Feb 12, 2019 - The man who created the New Orleans Pelicans mascot, **King Cake Baby**, is **suing** the movie "Happy Death Day," claiming the movie stole his ...



WEBROOT
- Trustworthy

It's safe to go ahead.

### King Cake Baby Creator Claims 'Happy Death Day' Stole His ...

www.tmz.com › 2019/02/12 › king-cake-baby-creator-...

www.tmz.com › 2019/02/12 › king-cake-baby-creator-...
1. Cached

Feb 12, 2019 - **King Cake Baby** Creator 'Happy Death Day' Stole My Face ... It's **Lawsuit** Time!!!


WEBROOT
- Trustworthy

It's safe to go ahead.

### A Legal Food Fight: 'King Cake Baby' Vs. 'Happy Death Day'

www.forbes.com › legalentertainment › 2019/02/13 › a...

www.forbes.com › legalentertainment › 2019/02/13 › a...
1. Cached

Feb 13, 2019 - A recent **lawsuit** accuses Universal's "Happy Death Day" movies of infringing on a New Orleans designer's "**King Cake Baby**" design.


WEBROOT
- Trustworthy

It's safe to go ahead.

### Creator of King Cake Baby mascot files $200M lawsuit against ...

www.wbrz.com › news › creator-of-king-cake-baby-masc...

*www.wbrz.com › news › creator-of-king-cake-baby-masc...*
Feb 15, 2019 - The designer behind the nightmarish New Orleans sports mascot the **King Cake Baby** has filed suit over a mask used in the 'Happy Death Day' ...

## People also ask

What is the story behind the King Cake?
As a symbol of this Holy Day, a tiny plastic baby is placed inside each **King Cake**. The **King Cake tradition** is thought to have been brought to New Orleans from France in 1870. A **King Cake** is an oval-shaped bakery delicacy, crossed between a coffee **cake** and a French pastry that is as rich in **history** as it is in flavor.



- Trustworthy

It's safe to go ahead.

## King Cake History | Randazzo King Cake

*randazzokingcake.com › history*

*randazzokingcake.com › history*

Search for: What is the story behind the King Cake?
Is the baby in the King Cake Jesus?
Traditionally, a small plastic or porcelain **baby** is hidden in the **king cake**. Originally, the **baby** was placed in the **cake** to symbolize **baby Jesus**. Fava beans were also used to represent **Jesus**. Today, the **baby** symbolizes luck and prosperity to whoever finds it in their slice of **cake**.



- Trustworthy

It's safe to go ahead.

## King cake - Wikipedia

*en.wikipedia.org › wiki › King_cake*

*en.wikipedia.org › wiki › King_cake*

Search for: Is the baby in the King Cake Jesus?

What do king cakes taste like?

**What does** it **taste like**? Depending on where in the world you are celebrating, **king cakes** can be made from a sweet, brioche-**like** dough topped with a glaze or dried or candied fruit, or puff pastry with various fillings, such as almond or chocolate.Jan 18, 2017



- Trustworthy

It's safe to go ahead.

## King Cake: Everything You Ever Wanted To Know About These ...

*www.epicurious.com › holidays-events › why-are-there-p...*

*www.epicurious.com › holidays-events › why-are-there-p...*

Search for: What do king cakes taste like?



Feedback

# Web results



- Trustworthy

It's safe to go ahead.

## Report: Lawsuit claims movie violated copyright law by using ...

*www.wlox.com › 2019/02/13 › report-lawsuit-claims-mo...*

*www.wlox.com › 2019/02/13 › report-lawsuit-claims-mo...*

Feb 13, 2019 - Bertuccelli alleges that the films used **King Cake Baby's** likeness in a pivotal role without his permission. According to the report, he is seeking ...



- Trustworthy

It's safe to go ahead.

## Lawsuit-Happy Americans Are Ruining King Cake Trinkets for ...
www.grubstreet.com › 2015/01 › king-cake-new-york-city

www.grubstreet.com › 2015/01 › king-cake-new-york-city
Jan 5, 2015 - Tomorrow is the Epiphany, a feast day that for Christians marks the big reveal of **baby** Jesus, but for everyone else there's also the seasonal ...



- Trustworthy

It's safe to go ahead.

## Creator of King Cake Baby sues Universal Studios ... - YouTube
www.youtube.com › watch

www.youtube.com › watch

 ▶ 2:34

Feb 13, 2019 - Uploaded by WWLTV
The battle of the **babies** has begun as the creator of a familiar Mardi Gras mascot filed a **lawsuit** on Tuesday ...

Page 2 of about 3,830,000 results (0.49 seconds)

Search Results

# Web results

## NBA's creepiest mascot in middle of movie controversy

*nypost.com › 2019/02/13 › nbas-creepiest-mascot-in-m...*

*nypost.com › 2019/02/13 › nbas-creepiest-mascot-in-m...*

1. Cached

Feb 13, 2019 - The movie stole my look, the creator of the Pelicans' **King Cake Baby** character alleges in a new **lawsuit** against the production company ...

## Creator of King Cake Baby sues Universal Studios ... - KLFY

*www.klfy.com › news › creator-of-king-cake-baby-sue...*

*www.klfy.com › news › creator-of-king-cake-baby-sue...*

1. Cached

Feb 13, 2019 - According to the civil **lawsuit**, New Orleans designer Jonathan Bertuccelli created "**King Cake Baby**" in 2009. Since then, the "walking head ...

## "KING CAKE BABY" OWNER FILES COPYRIGHT ...

*www.lowelaw.com › king-cake-baby-owner-files-copyr...*

*www.lowelaw.com › king-cake-baby-owner-files-copyr...*

1. Cached

Feb 23, 2019 - On February 11, 2019, the owner of rosy-cheeked "**King Cake Baby**" filed a copyright infringement **lawsuit** against Universal Studios ...

## Creator of Pelicans' King Cake Baby mascot alleges slasher ...

*www.cbssports.com › nba › news › creator-of-pelicans-...*

*www.cbssports.com › nba › news › creator-of-pelicans-...*

1. Cached

   Feb 13, 2019 - The **King Cake Baby** is one of sports' most infamous mascots. ... Per NOLA.com, the **lawsuit** says that the first movie -- filmed at Loyola ...

## Report: Lawsuit claims [Happy Death Day series] violated ...

*www.reddit.com › movies › comments › report_lawsuit...*

*www.reddit.com › movies › comments › report_lawsuit...*

1. Cached

   ... [Happy Death Day series] violated copyright law by using **King Cake Baby's** likeness ... This seems like a frivolous **lawsuit** that'll get thrown out rather quickly.

*www.facebook.com › NOLAnews › posts › comment_tra...*

A civil **lawsuit** alleges copyright infringement by those involved in the film "Happy Death Day," whose murderous villain looks similar to **King Cake Baby**,...

## Scary Mascots Spook Wheel Writers | The Emory Wheel

*emorywheel.com › scary-mascots-spook-wheel-writers*

*emorywheel.com › scary-mascots-spook-wheel-writers*

1. Cached

   Oct 30, 2019 - Fortunately for fans, Jauregui retired in 2018 after a **lawsuit** over ... Although **King Cake Baby** is well-known to New Orleans, the mascot recently ...

## Is The New Orleans Pelicans Mascot The Killer In Happy ...

*999ktdy.com › is-the-new-orleans-pelicans-mascot-the-...*

*999ktdy.com › is-the-new-orleans-pelicans-mascot-the-...*

1. Cached

Feb 13, 2019 - According to TMZ, the two characters are so similar that the creator of **King Cake Baby** is **suing** Universal City Studios, Blumhouse Productions ...

## Who Put the Baby in the King Cake? | HowStuffWorks

*recipes.howstuffworks.com › ... › Food & Culture*

*recipes.howstuffworks.com › ... › Food & Culture*

1. Cached

Jan 28, 2020 - **King cake** is as much a staple of Mardi Gras as the parades and beads. HowStuffWorks gets the story of this colorful cake, and the **baby** baked ...

Missing: lawsuit | Must include: lawsuit

## NOLA.com - A civil lawsuit alleges copyright ... - Facebook

*www.facebook.com › NOLAnews › posts*

*www.facebook.com › NOLAnews › posts*

1. Cached

Feb 13, 2019 - nola.com. **Lawsuit** claims movie villain is **King Cake Baby's** evil twin. The **lawsuit**, filed in federal court in New Orleans, alleges copyright...

Ads

1.

New Orleans King Cakes Shipped | Delivered all over the US

Ad·*www.kingkingcakes.com/*
(866) 546-4225

Ad·*www.kingkingcakes.com/*
(866) 546-4225
Baked & Shipped from New Orleans; Different flavors. Order online now! Order your original New Orleans **King Cake** online and receive it fresh the next day. Search Products. In Service Since 1999. Highlights: Operating Since 1999, Offering Authentic New Orleans **King Cakes**.

o   Traditional King Cakes

Search Results

# Web results

## Dat's my baby! New Orleans mascot creator sues filmmaker ...
www.businessinsurance.com › article › NEWS06 › Dat'...

www.businessinsurance.com › article › NEWS06 › Dat'...
### 1. Cached
Feb 13, 2019 - So claimed the creator of **King Cake Baby**, the former New Orleans baseball team Babycakes mascot, when he watched "Happy Death Day," a ...

## King Cake Facts | Mental Floss
www.mentalfloss.com › article › 9-royally-interesting-f...

www.mentalfloss.com › article › 9-royally-interesting-f...
### 1. Cached
Feb 25, 2020 - It's unclear how many consumers have sued bakeries over the plastic **babies** and other trinkets baked inside **king cakes**, but apparently it's ...

## Film Fridays – Universal Studios sued by creator of King Cake ...
thehollywoodlawyer.com › 2019/02/15 › film-fridays-...

thehollywoodlawyer.com › 2019/02/15 › film-fridays-...
### 1. Cached
Feb 15, 2019 - According to the civil **lawsuit**, New Orleans designer Jonathan Bertuccelli created "**King Cake Baby**" in 2009. Since then, the "walking head ...

## Creator of King Cake Baby mascot files $200M lawsuit against ...
www.newsbreak.com › Louisiana › New Orleans

www.newsbreak.com › Louisiana › New Orleans
### 1. Cached
NEW ORLEANS - The designer behind the nightmarish New Orleans sports mascot the **King Cake Baby** has filed suit over a mask used in the 'Happy Death ...

## Did Horror Movie Steal From Pelicans' Mascot? | Pure Country ...
www.purecountry1067.com › 2019/02/13 › did-horror...

www.purecountry1067.com › 2019/02/13 › did-horror...
### 1. Cached
Feb 13, 2019 - The guy who created **King Cake Baby** mascot for the New Orleans Pelicans NBA team says a ... And so, of course, here comes the **lawsuit**.

## 3 Count: King Cake Baby - Plagiarism Today
www.plagiarismtoday.com › 2019/02/13 › 3-count-kin...

www.plagiarismtoday.com › 2019/02/13 › 3-count-kin...
### 1. Cached
Feb 13, 2019 - Epic Games hits back in lawsuit over Fortnite dance moves, Copyright Royalty board publishes new rates and **King Cake Baby sues** Universal ...

## "King Cake Baby" Mascot Cries Copyright Infringement over ...
piratedthoughts.com › king-cake-baby-mascot-cries-co...

piratedthoughts.com › king-cake-baby-mascot-cries-co...
### 1. Cached
Feb 15, 2019 - ... Jonathan Bertuccelli, created "**King Cake Baby**" in 2009 and he is the mascot of the NBA's New Orleans Hornets. In his **lawsuit** he claims that ...

## Images for King Cake Baby lawsuit
## Guided Search Filters

mascot

files lawsuit

orleans pelicans

death day

universal studios

movie



**COMPARISON: SIDE BY SIDE**



**COMPARISON: SIDE BY SIDE**



 

View all

More images for King Cake Baby lawsuitReport images

## Web results

### Easy Tiger customer to welcome baby over a week after ...
www.kxan.com › news › local › austin › easy-tiger-cust...

www.kxan.com › news › local › austin › easy-tiger-cust...
1. Cached

Feb 25, 2020 - Our **king cake** does have a tiny tiger inside. It does not have a tiny **baby**. We just thought this was a really fun play on the idea of a **king cake**.

### Tasting New Orleans - Southern Cultures
www.southerncultures.org › article › tasting-new-orleans

www.southerncultures.org › article › tasting-new-orleans
1. Cached

How the Mardi Gras **King Cake** Came to Represent the Crescent City ... The team became the New Orleans **Baby** Cakes with a mascot that brought to life the ... Fear of **lawsuits** over broken teeth or worse have led some bakeries to exclude a ...

o



**KING CAKE BABY**
(Source: King Cake Baby Twitter Page)

**DEATH DAY BABY WEARING HOODIE**
(Source: Happy Death Day Movie)

Does the "Happy Death Day" mask look like the King Cake Baby mascot?

? Not at all — Identical twins! — They're pretty close

wwltv.com/vote

25. On or about October 7, 2017, while doing promotion for *Happy Death Day*, Direct

CURRICULUM VITAE

# James T. Berger/Market Strategies, LLC

*IP Litigation Services & Surveys: Trademarks/Brands/Marketing;*
*Marketing Consultant; Corporate Researcher, Free-Lance Writer; University Instructor*

James T. Berger/Market Strategies, LLC
555 Skokie Blvd. - Suite 500, Northbrook, IL 60062
847-897-5599  Fax 847-480-7859
E-mail: jberger@jamesberger.net   WEB: www.jamesberger.net

## EDUCATION

MBA University of Chicago, Graduate School of Business, concentrations in marketing and finance.

MS      Northwestern University, Medill School of Journalism, concentration in news/editorial sequence.

BA      University of Michigan, College of Literature, Science and the Arts, major in journalism.

## PROFESSIONAL EXPERIENCE

MARKET STRATEGIES, Chicago. Evanston and Northbrook, IL (1983 to present) Principal of this marketing services/consulting firm, which specializes in:
- Intellectual Property Expert Witness services.
- Strategic marketing planning including creating written market plan documents.
- Implementing marketing programs.
- Integrated marketing communications services including advertising, public relations,   sales promotion, direct mail.
- Helping clients develop and maintain business relationships.
As a "hands-on" consultant, I help clients develop strategies and programs as well as assist in the implementation.  The firm concentrates on business-to-business marketing with specific focus on financial services, accounting and consulting services, commercial real estate, eldercare, office technology, manufacturing and distribution.  Expert witness services include litigation support activities including surveys and testimony-related actitivies.  Concurrent with the management of Market Strategies, I became involved with:

THE INVESTOR RELATIONS COMPANY, Northbrook, IL (June 1998 to July 1999) As Senior Vice President, I was involved in the full array of Investor Relations activities including account management; working with the financial press including magazines, newsletter and wire services; direct contacts with analysts and brokers; and writing of financial news releases, quarterly dand annual reports, profiles and fact sheets.  THE

**Exhibit C**

FINANCIAL RELATIONS BOARD, INC., Chicago, IL (April 1997 to June 1998) As an Account Manager for this large, national investor relations firm, I:
- Coordinated account service, market intelligence and media activities.
- Created investment profiles and fact sheets; developed and wrote annual reports, quarterly earnings releases and other news releases.

STERN WALTERS/EARLE LUDGIN, Inc., Chicago, IL (1980-83) Vice President -- Account Supervisor:
- Account manager for Associates Commercial Corporation account, a commercial finance company with advertising billings in excess of $7 million.
- Account manager for Sears, Roebuck & Co. Contract Sales Group division.          - Developed marketing strategies, planning and account management.

THE WITTLEDER COMPANY, Inc., Chicago, IL (1976-80) Vice President -- Account Supervisor:
- Created and implemented marketing strategies and programs.
- Clients involved in office products and services, data systems, micrographics, commercial real estate, automotive aftermarket and financial services.

BRAND ADVERTISING, Inc., Chicago, IL (1973-76) Vice President -- Director of Public Relations:
- Responsible for firm's public relations profit center.
- Programming, planning, client and media contact, writing and editing.
- Active in new business development.
- Clients involved in automotive aftermarket, industrial equipment, agriculture.

GOLIN/HARRIS COMMUNICATIONS, Inc., Chicago, IL (1971-73) Account Supervisor for this large public relations agency:
- Worked on McDonald's restaurants, agency's major account.
- Created national model awareness program for Chicagoland market.
- Managed McDonald's involvement in public affairs, ecology, energy conservation, labor relations and the inner city.
- Involved in financial relations and marketing-support activities.

## EARLY EXPERIENCE

Began career as copy, wire and make-up editor for CHICAGO DAILY NEWS. Moved into corporate public relations as editor of an employee publication for ILLINOIS BELL TELEPHONE COMPANY in Chicago and Springfield, IL. As a publicity specialist for MORTON INTERNATIONAL INC., I became involved in the consumer, industrial, institutional, automotive and agricultural markets. My first experience in agency public relations was with THE PUBLIC RELATIONS BOARD, INC., (now known as PORTER NOVELLI), first as an account executive and later as an account supervisor.

## PROFESSIONAL MEDIA EXPERIENCE

- Copy Editor for *Chicago Daily News*, Chicago, IL
- Editor and General Assignment Reporter for *The Patriot Ledger*, Quincy, MA
- Correspondent for *United Press International* in Ann Arbor, MI
- Part-time general assignment reporter for *Pioneer Press* newspapers, Wilmette and Highland Park, IL
- Free-lance columnist for *Homelife* section of *Chicago Sun Times*

## BOOKS PUBLISHED

***Trademark Surveys: A Litigator's Guide*** by James T. Berger and R. Mark Haliigan (of the FisherBroyles law firm), published by Oxford University Press, 2011. Second edition published in 2015, and third edition published in 2019. Second and Third editions published by LexisNexis Matthew Bender

***Trademark Surveys in the Age of Daubert*** by James T. Berger, published by LexisNexis Matthew Bender in 2016.

## ARTICLES PUBLISHED

Intellectual property litigation-related articles:

— "10 Frequently Asked Questions about Intellectual Property Litigation Surveys" published in the August 2003 issue of *Intellectual Property Today.*

— "Swimming in Shark-Infested Waters," published in June 2004 issue of *Intellectual Property Today.*

— "Creativity Key to Executing Toughest IP Survey Projects," published in July 2005 issue of *Intellectual Property Today.*

— "What IP Attorneys Should Know About Expectations and Costs For Survey Research," published in April 2006 issue of *Intellectual Property Today.*

— "10 Easy Ways to Blow Away a Survey," published in the January 2007 issue of *Intellectual Property Today.*

— "The Power and Perils of the Internet Surveys," published in August 2007 issue of *Intellectual Property Today.*

— "How to do an IP Survey without Giving Away the Store," published in April 2008 issue of *Intellectual Property Today.*

— "New Challenges to the IP Survey Process," published in July 2009 issue of *Intellectual Property Today.*

— "Introducing the Internet/Telephone 'Hybrid' Survey," published in the July, 2010 issue of *Intellectual Property Today.*

— "How to Apply Theory of Probability to Decision of Whether to Do an I.P. Survey," published in the February, 2011 issue of *Intellectual Property Today.*

— "A New Survey Protocol for Proving/Disproving Design Patent Infringement" by James T. Berger and Tracy Zawaski, published in the April, 2011 issue of *Intellectual Property Today.*

— "The Descriptive/Suggestive Conundrum in Trademark Surveys," published in the November, 2011 issue of *Intellectual Property Today.*

— "The Pre-Litigation Pilot Trademark Survey," published in the March, 2012 issue of *Intellectual Property Today,*

— "Frequently Asked Questions About Trademark Surveys," published in the December, 2012 issue of *Intellectual Property Today,*

— "Internet Surveys Come of Age," published in the June, 2013 issue of *Intellectual Property Today.*

— "10 Common Myths About Trademark Surveys," published in the September, 2013, issue of *Intellectual Property Today.*

— Will  A Survey Help Win A Likelihood of Confusion Case?" published in the September, 2014, issue of *Intellectual Property Today.*

— Will a Survey Enhance the Chances of Winning Your Trademark Infringement Case, published in the Fall 2018 issue of NYSBA (New York State Bar Association) *Bright Ideas.*

— Ten Things to Avoid When Doing a Trademark Survey, published in the March 2, 2019, *IP Watchdog.*

— Costs, Expectations and Methodologies for Trademark Surveys, published in the March, 2019 issue of *Texas Bar Journal.*

— Why the Internet Has Become the Smart Way To Do a Trademark Survey, published in the Aug. 10,, 2019, *IP Watchdog.*

—

Marketing communications-related articles published in:
- *Crain's Chicago Business*, a weekly business publication.
- *Services Marketing Today,* published by the American Marketing Association.
- *Talking To The Boss*, a weekly business publication.
- University of Chicago Graduate School of Business alumni magazine.
- *Your Business*, a quarterly magazine published for GE Capital by Baumer Financial Publishing, Chicago.
- *Independent Business*, a monthly magazine published by Group IV Communications, Thousand Oaks, CA.


Business-related articles in published in:

*- Active Times*
*- Business Life*
*- Office Dealer*
*- Office System*
*- Chicago Sun-Times*
*- Dow Jones Business Employment*
        *Weekly*
*- Texas Realtor*
*- Multifamily Executive*
*- Office and Industrial Properties*
*- Real Estate Profiles*
*- Kiwanis Magazine*
*- The Rotarian*

*- Executive Decision*
*- Home Business Journal*
*- Business Sense*
*- Real Estate Chicago*
*- American Fitness*
*- Area Development*
*- Real Estate Chicago*
*- Grid*
*- Plants, Sites & Parks*
*- Journal of Property Management*
*- Commercial Investment Real Estate*
*- Crain's Chicago Business*
*- Tax Credit Advisor*

## TEACHING EXPERIENCE

---

ROOSEVELT UNIVERSITY
**Walter E. Heller College of Business Administration**
Received WEHCBA Outstanding Adjunct Award, 2010.
Nominated for ADJUNCT FACULTY PERSON OF THE YEAR AWARD in 2005/06.
- Marketing Research - - An undergraduate course that covers the basics of marketing research.
- Marketing in Theory and Practice -- A graduate-level course that covers basic principles    of marketing and market research.
- Selling and Sales Management -- An undergraduate course focusing on consultative selling and the management of the sale force.
- Consumer Behavior -- An undergraduate course that explored the how's and why's of consumer purchasing.
- Introduction to Advertising -- An undergraduate course focusing on advertising, sales promotion and integrated marketing communications.
- Retail Marketing Management. An undergraduate course focusing on retail marketing theories and practices.
- International Marketing Analysis – Taught at both the graduate and undergraduate   levels, this course that probes how foreign companies market in the United States and   how domestic companies market abroad.

DE PAUL UNIVERSITY
**College of Commerce -- Graduate Level**
- Marketing Research -- An overview of marketing research and its role in decision-making with the organization.
- Marketing Strategy -- A case-oriented course focusing on decision-making.
- Industrial Marketing -- A course utilizing cases and text that concentrates on industrial and business-to-business marketing. **College of Commerce -- Undergraduate Level**

- Principles of Marketing -- A basic, survey course that introduces all the College of Commerce students to marketing.
- Marketing Management -- A second-tier course that uses cases to illustrate basic    marketing principles.
- Introduction to Advertising -- A course for marketing majors that introduces students to basic advertising.
- Industrial Marketing -- A course for marketing majors focusing on industrial and    business-to-business marketing.
- Personal Selling -- A course for marketing majors that concentrates on consultative selling.

## LOYOLA UNIVERSITY
### Graduate School of Business
-International Marketing — This course focuses on  how foreign companies market in the United States and how domestic companies market abroad.

## NORTHWESTERN UNIVERSITY
### Kellogg Graduate School of Management
- Business Marketing -- A graduate level course focusing on industrial and business-to-business marketing principles and cases.
### School of Continuing Studies
- Principles of Marketing -- An introductory survey course that covers basic principles including market research.
- Strategic Marketing:  Cases in Decision-Making -- A more advanced, case-method course.
- Business-to-Business Marketing -- A course that explores the differences between consumer marketing and business marketing.
- Introduction to Public Relations -- An introductory course that focuses on the various facets of public relations and publicity.
- Integrated Marketing Communications -- A course that I created that focuses on the synergies of coordinating all the promotional blend elements.

## UNIVERSITY OF ILLINOIS AT CHICAGO
### College of Business Administration
- Advertising and Sales Promotion -- An undergraduate course that introduces students to    the basic principles of advertising.
- New Product Management -- An undergraduate course focusing on the new product development and marketing process.

## LAKE FOREST GRADUATE SCHOOL OF MANAGEMENT
- Marketing Management -- An executive graduate-level course that uses cases and a major team project to introduce students to the principles of marketing and marketing management.

CONTINUING LEGAL EDUCATION SEMINAR
- Presented "Intellectual Property Litigation Surveys ... Best Practices" before the    Chicago, Milwaukee, St. Louis, Texas and Indiana Bar Associations. The program has been approved for continuing legal education credits.

MINNESOTA STATE BAR ASSOCIATION
Continuing Legal Education
- Faculty member for "The Effective Use of Survey Experts and Evidence in Trademark Cases." Minneapolis State Bar Association, Minneapolis, MN, March 7, 2002.

MEMBER – INTERNATIONAL TRADEMARK ASSOCIATION

## LITIGATION EXPERIENCE

*I have testified in court in the following cases: (side who retained me in **BOLD**)*

**Euromarket Designs, Inc., dba Crate & Barrel Limited** v. Miriam Peters and Point Blank Multimedia, testified in U.S. District Court, Chicago, August 3, 2000.

**Heartland Corporation** v. Don Siphers et al., testified at U.S. District Court, Topeka, KS, on June 25, 2002.

St. Luke's Eye Center v. **James Sanderson et al**, testified at trial at U.S. District Court in Tampa, FL, on June 7, 2007

Scafiddi Motors v. **General Motors Corporation,** testified before State of Wisconsin Division of Hearings and Appeals, Madison, WI, on April 4, 2008.

University of Kansas et al v. **Larry Sinks et al**, testified at trial at U.S. District Count in Topeka, KS, on July 8, 2008.

Just Enterprises, Inc. v. **(888) Justice, Inc.**, testified in U.S. District Court in Chicago, IL on June 17, 2008.

Vande Hey Brantmeier, Chevrolet, Buick, Pontiac, Inc. v. **General Motors Corporation,** testified before State of Wisconsin Division of Hearings and Appeals, Jan. 23, 2009.
Mini Melts, Inc. v. **Reckitt Benckiser, Inc**. (jury trial) testified in U.S. District Court in Sherman, TX, on June 24, 2009.

Mini Melts, Inc. v. **Reckitt Benckiser, Inc**. (bench trial) testified in U.S. District Court in Sherman, TX, on June 25, 2009.

**Fair Isaac Corporation et al** v. Experian, et al, testified in U.S. District Court in Minneapolis, MN, on November 6, 2009.

**John A. Dore et al** v. Sweports, Ltd., et al, (A brand valuation case),. testified in Cook County Circuit Court on October 24, 2011.

Audemars Piguet Holdings, S.A. et al v, **Swiss Watch International, Inc.** et al. testified in U.S. District Court in New York, NY, on June 26, 2013.

**Dwyer Instruments, Inc.** v. Sensocon, Inc., et al testified via video hook-up to trial in U.S. Distrct Court in Ft. Wayne, IN, on June 16, 2014.

**Mike Vaughn Custom Sports** v. Chrystem "Chris" Piku et al, testified in U.S. District Court in Detroit, MI, on September 4, 2014.

**Richard Golden and Beak and Bumper LLC** v. Jang H. Lin d/b/a/ Dental USA, Inc. testified by phone in an arbitration in New Jersey on Nov. 4, 2014.

National Financial Partners, Corp. v. **Paycom Software, Inc**. testified at a Preeliminary Injunction hearing in Federal Court in Chicago on May 15, 2015.

**Black & Decker Corporation et al** v. Positec USA et al, U.S. District Court in Chicago, September 29-30, 2015.

Lifetime Products, Inc., Claimant v. **Maxchief Investments, Ltd. et al.,** Respondents American Arbitration Association, at AAA offices, San Francisco, May 22-23, 2017.

**Illinois Tool Works, Inc**. v. Rust-Oleum Corporation, a Hearing in Federal Court in Houston, TX, May 3, 2018.


### *I have been deposed in the following cases: (side who retained me in BOLD)*

Allan J. DeMars, as Trustee for Weisser Eyecare, Inc., v. **NBD Highland Park,** October 12, 1996.

**Black & Decker (U.S.) Inc., et al** v. Pro-Tech Power Inc., et al, February 5, 1998 And March 5, 1998.

**Atlas Electric Devices Co**. v. Q-Panel Lab Products Corporation, April 26, 2001.

**Motor Werks Partners, L.P.** v. BMW of North America, June 11, 2001.

Sparks & Crain v. **AT&T and Lucent Technologies**, February 18, 2002.

**Native American Arts** v. Earth Dweller, Ltd., and The Waldron Corporation, April 5, 2002.

**Master Tech Products, Inc.,** v. Prism Enterprises, Inc., September 11, 2002. (A trade secrets case.)

**Mansfield Plumbing Products L.L.C**. v. Mariner Partners, Inc., et al., March 4, 2003.

Horizon Health Services, Inc. v. **Allied National, Inc. et al**, October 25, 2004.

S&M Nutec, L L.C. v. **T.F.H. Publications, Inc.,** January 16, 2005.

Century 21 Real Estate v. **Century Surety Co.,** March 1, 2005.

Midwest Canvas Corp. v. **Nationwide Tarps, Inc.,** March 17, 2005.

Seed Lighting Design Co. LTD v. **Home Depot, et al.** July 14, 2005.

**Dioptics Medical Products, Inc.** v. PR Trading Company D/B/A/ Polar Ray Sunglasses Corporation, August 13, 2005.

**True & Dorin Medical Group** v. Leavitt Medical Associates, et al, September 10, 2005

Edina Realty v. **TheMLSonline.com, Inc.,** Oct.. 7, 2005.

Kevin Trudeau et al v. **George Lanoue et al**, November 21, 2005

**Dioptics** v. PR Trading Company, Feb. 17, 2006.

Wenger Corporation v. **The Stadium Chair Company, LLC,** June 22, 2006

**Cobra Capital** v. LaSalle Bank Corporation et al, July 26, 2006

Illinois Tool Works v. **Chester Brothers Machined Products, Inc. d/b/a Pneu-Fast,** Aug. 15, 2006

**Note Family, Inc.** v. Vivendi Universal Games, Inc., October 4, 2006

St. Luke's Eye Center v. **James Sanderson et al**, March 15, 2007

University of Kansas et al v. **Larry Sinks et al**,  May 29, 2007.

St. Luke's Eye Center v. **James Sanderson et al**, testified at trial at U.S. District Court in Tampa, FL, on June 7, 2007

Just Enterprises, Inc. v. **(888) Justice, Inc**. on January 11, 2008.
Schneider Saddlery Co., Inc. v. **Best Shot Products International LLC** on February 6, 2008.

Scafiddi Motors v. **General Motors Corporation** on March 3, 2008. (Testimony related to Buyer Behavior.)

Larin Corporation v. **Alltrade, Inc**. on March 26, 2008

Mini Melts, Inc. v. **Adams Respiratory Operations, Inc. d/b/a Adams Respiratory Therapeutics** on March 13, 2008.

Dallas Cowboys Football Club and NFL Properties, LLC v. **America's Team Properties**, Inc. on April 30, 2008

Mini Melts, Inc. v. **Adams Respiratory Operations, Inc. d/b/a Adams Respiratory Therapeutics** on November 13, 2008.

**Fair Isaac Corporation et al** v. Equifax Inc. et al on December 17, 2008.

Vande Hey Brantmeier, Chevrolet, Buick, Pontiac, Inc. v. **General Motors Corporation**, on Jannuary 12, 2009.

**WMH Tool Group, Inc.** v Woodstock International, Inc., and Grizzly Industrial, Inc, on June 30, 2009.

Atlanta Allergy & Asthma Clinic, P.A. v. **Allergy & Asthma of Atlanta, LLC et al**, on July 6, 2009.

**North Shore Gastroenterology** v. North Ohio Gastroenterology on October 15, 2009.

**Metso Minerals Industries, Inc**. v. FLSmith-Exc el et al, March 26, 2010. (A trade secrets case)

**Evert Fresh Corportaiton** v. Pactiv Corporation, September 10, 2010. (A brand valuation case).

**Mark Rice d/b/a Games to Remember** v. Brand Imports, L.L.C. et al, September 21, 2010.

Innovation Ventures, LLC v. **N2G Distributing, Inc. et al,** September 24, 2010.

**John A. Dore et al** v. Sweports, Ltd., et al, January 31, 2011. (A brand valuation case).

**Lovely Skin, Inc**. v. Ishtar Skin Care Products, LLC, October 27, 2011.

**Native American Arts, Inc**. v. Bud K Worldwide, Inc. Deposition, December 14, 2011.

**Native American Arts, Inc.** v. Peter Stone Co., U.S.A., February 3, 2012.

**Native American Arts, Inc.** v. Mangalick Enterprises, Inc . d/b/a/ IAC International, Feb 3, 2012.
**Native American Arts, Inc.** v. Atlanta Cutlery Corporation, Inc., March 1, 2012.

**Morningware, Inc. v.** Hearthware Home Products, Inc. May 2, 2012.

Treanna Winery, LLC, petitioners v. **Niner Wine Estates, registrant/responder**, June 7, 2012.

**Back in Five, LLC** v. Infinite International, Inc., June 29, 2012.

**Lively Skin, Inc**. v. Ishtar Skin Care Products, LLC, July 19, 2012.

**Aegis Sciences Corporation** v. Aegis Food Testing Laboratories, Inc. et al, June 7, 2013.

Audemars Piguet Holdings S.A. et al v. **Swiss Watch International, Inc**. et al, June 12, 2013

**ThermoLife International, Inc.** v. Gaspari Nutrition, Inc., August 7, 2013.

**David Elliott, an individual, and Chris Gillespie, an individual** v. Google, Inc., a Deleware Corporatoin et al on September 6, 2013.

**NetAirus Technology, LLC** v. Apple, Inc. on September 11, 2013

**Motorola Mobility, Inc. and Motorola Trademark Holdings, LLC** (opposers) v. Nextel Communications, Inc. (applicant), October 3, 2013.

**Robocast, Inc.** v. Apple, Inc. on Oct. 10, 2013.

**Native American Arts, Inc** v. Peter Stone Company on December 27, 2003.

**The Black & Decker Corporation et al** v. Positec USA, Inc. on February 14, 2014.

**Minitube of America Inc.** v. Reproductive Provisions LLC et al, April 18, 2014.

Dish Network, Inc. v. **Fun Dish, Inc.,** Part 1, June 23, 2014.

**Richard Golden and Beak and Bumper LLC** v. Jang H. Lin d/b/a/ Dental USA, Inc. , June 29, 2014.

**Amini Innovation Corporation** v. McFerran Home Furnishing, Inc. et al, August 8, 2014.

**Weber-Stephen Products LLC** v. Sears Holding Company et al, January 9, 2015.

Dish Network, Inc. v. **Fun Dish, Inc.,** Part 2, February 25, 2015.

**American Energy Corporation** v. American Energy Partners, L.P. et al, March 9, 2015.

**Daniel Poneman** v. Nike, Inc. et al, April 7, 2015.
National Financial Partners, Corp. v. **Paycom Software, Inc.**, April 23, 2015.

Daniel Defense, Inc. v. **Remington Arms Company, LLC et al,** July 28, 2015

**Lights Out Holdings, LLC** v. Nike, Inc., December 15, 2015

Caterpillar Inc., opposer, v. **Tigercat International Inc., applicant**, March 3, 2016

**H.J. Heinz Company** v. Boulder Brands USA, Inc. , Sept. 28, 2016

Lifeguard Licensing Corp. et al v. **Jerry Kozak et al**, Oct. 6, 2016

**Hard Candy. LLC** v. Anastasia Beverly Hills, Inc., Feb. 6, 2017

Lifetime Products, Inc., Claimant v. **Maxchief Investments, Ltd. et al.,** Respondents American Arbitration Association, Feb. 14, 2017.

Monster Energy Company v. **Integrated Supply Network, LLC**, March 23, 2018.

ServePro Industries Incorporated et al v. **Zerorex of Phoenix, LLC et al,** April 10, 2018.

**Saxon Glass Technologies, Inc.** v. Apple, Inc. July 24, 2018.

Video Gaming Technologies (VGT) v. **Castle Hill Gaming (CHG)** et al, Sept. 26, 2018.

**Vineyard Vines, LLC** v. Dazzle Up, LLC, d/b/a/ Simple Southern Tees, Oct. 5, 2018.

**Vital Pharmaceuticals, Inv**. V. Monster Energy Company et al, June 21, 2019

Waiter.com v. **WAITR** December 20, 2019

## BILLING RATE (FOR EXPERT WITNESS SERVICES)
$500 per hour ($550 for time spend in testimony)

# SUPPLEMENT A

## *A Compilation of Published Articles*
## *Written by James T. Berger*

| DATE | PUBLICATION | ARTICLE TITLE |
|---|---|---|
| **1998** | | |
| Fall | Active Times | Wanted More Mature Adults Who Need Minimal Training |
| | National Bus  Employment Weekly | |
| Sept-Oct | | The Degree Dilemma |
| November | Chgo Sun Times Business Life | Buying Into Barter |
| December | Crain's Chicago Business | A Crucial Goal: Increasing Schools' Visibility |
| Jan-Dec | Writer's Digest | |
| **1999** | | |
| January | Business Life | Business is Booming in Executive Temp Industry |
| | Real Estate Profiles | Gary Canepa / Patty Ancona / Patraick Fortin / Richard Blevins / Nancy Mroz |
| April | Business Life | Medical Industry Goes Under the Knife |
| | Wall Street Journal | Will Earning An MBA Pay off Later in Life? |
| Spring | Business Sense | Networking 101 |
| June | Business Life | Building Solid Financial Foundations |
| June | Your Business | Blueprint for Success |
| June | Small Business Adviser | Building Earnings by Barbara B. Buchholz |
| June | Chgo Sun Times Business Life | Tips Could Help You Sell Your Home by Yourself |
| July - Aug | American Fitness | X-Termination |
| July | Business Life | Building Solid Foundations |
| Summer | Your Business | Expanding Your Horizons |
| August | Business Life | Factoring Takes New Meaning in Today's Global Economy |
| September | Chgo Sun Times Business Life | Push to Revive Reverse Mortgage |
| September | Business Life | Opportunities Abound for Older Workers |
| September | Kiwanis | Working Into Retirement |
| September | Independent Business | 10 Easy Ways to Lose a Client |
| Fall | Recreation Management | Wet and Wild on the West Coast by J. Fisher Park & J. Morgan Park |
| September | Active Times | Reversal of Fortune for Reverse Mortgages |
| September | Chgo Sun Times Homelife | Mortgage Plan Helps Buyers with Bad Credit |
| September | Chgo Sun Times Homelife | Mortgage Lenders Won't Suffer Despite Market Changes |
| November | Business Life | Are Stockbrokers and Endangered Species? |
| November | Home Business | Turning Hobbies Into Profitable Home-Based Businesses |
| November | Chgo Sun Times Homelife | Prepayment Penalty Offers a Trade-Off for Homeowners |
| | Chgo Sun Times Homelife | No Doc Loans Help Self-Employed |
| | Commercial Lending Report | Entire Year |
| **2000** | | |
| January | Chgo Sun Times Homelife | Blacks Still Face 'Predatory Lending' Schemes: study |

| | | |
|---|---|---|
| January | Chgo Sun Times Homelife | Home Ownership Rising in Nation, While Equity is Falling |
| January | Chgo Sun Times Homelife | New Laws Might Boost Reverse Mortgage's Appeal |
| January | Chgo Sun Times Homelife | Banking On Your Home |
| | | Not All Mortgages Require Buyer to Make a Down Payment |
| January | Chgo Sun Times Homelife | |
| January | Active Times | Do Banks Protect Your Privacy |
| January | Chgo Sun Times Homelife | Legal Foundation Guards Against Mortgage Scams |
| January | Business Life | WWII Fighting For Bandwidth |
| January | Recreation Management | Welcome To The Great Outdoors |
| January | Commercial Lending Report | All Loans Are "Good" When You Make Them |
| Winter | Business Sense | Grievance Alert |
| February | Chgo Sun Times Homelife | Your Portfolio Can Provide Mortgage Down Payment |
| February | Chgo Sun Times Homelife | Worried Buyer Can Try An Interest-Rate Option |
| February | Chgo Sun Times Homelife | Go For Brokers |
| February | Chgo Sun Times Business | Leap Day has It's Benefits |
| February | Business Life | WWII Fighting For Bandwidth |
| March | Chgo Sun Times Homelife | Rising Interest Rates Take Toll on Buyers Mortgages |
| March | Chgo Sun Times Homelife | Home Saver Helps Avert Foreclosure |
| March | Chgo Sun Times Homelife | Closing On A Home Often Troublesome |
| March | Chgo Sun Times Homelife | Web Portal Can Speed Loan Process |
| March | Recreation Management | If You Build It, They Will Swim |
| March | Business Life | Consumers Not Ready to Leave Mall Behind |
| May | Texas Realtor | What's Up With Mortgages? |
| October | Chgo Sun Times Homelife | Fed holds key to stable mortgage rates: experts |
| October | Chgo Sun Times Homelife | Landscaping is a cheap and easy fix |
| October | Chgo Sun Times Homelife | Home offices, pools not worth it |
| November | Chgo Sun Times Homelife | As closing nears, lender wants money for a "hold back" |
| November | Chgo Sun Times Homelife | Fannie Mae helps lending victims |
| November | Chgo Sun Times Homelife | 'Tis the season to be wary when seeking a mortgage |
| November | Chgo Sun Times Homelife | Chicago mortgage bank reaches out to immigrants, minorities |
| December | Chgo Sun Times Homelife | Land contract may fail without canceled checks |

**2001**

| | | |
|---|---|---|
| January | Chgo Sun Times Homelife | Showcase of Homes Offers Vision of Future |
| January | Chgo Sun Times Homelife | Failure To Compute |
| January | Multifamily Executive | Generation Y Hits the Market |
| January | Multifamily Executive | Peace of Mind - Renter's Insurance Can Protect Property |
| February | Chgo Sun Times Homelife | Tailor Made - New Type of Mortgage is Uniquely Designed for Individual Borrowers |
| February | Bizlife | Grass America Inc: What the Well-Dressed Kitchen is Wearing |
| March | Real Estate Chicago | Kenosha Casino Nixed |
| March | Utah Business | Whittling Down the Tax Man |
| April | Chgo Sun Times Homelife | Homeowner insurance not enough to cover a home office or business; Protecting the Boss |
| Spring | Bizhealth | Family Service of the Piedmont |
| April | Rotarian | Boot Up Soldier! |

| May | Real Estate Chicago | A Soft Office Market |
| June | Real Estate Chicago | Lake County Land Squeeze |
| September | Area Development | Industrial Market |
| October | Real Estate Chicago | Update at the Glen |
| | | |
| Nov-Dec | Commercial Real Estate | Virtual Money |
| Nov-Dec | Real Estate Chicago | Abbott Leases Big |

## 2002

| February | Area Development | Property Protection Comes of Age |
| March | Texas Realtor | On Loan |
| March | Area Development Magazine | On the Fast Track to Freer Trade? |
| March | Real Estate Chicago | City Park in Home Stretch |
| April | Real Estate Chicago | Recovery Ahead? |
| | | Trusts a Must for the Moneyed; |
| April | Crain's Chicago Business | Variety of Plans Offer Tax Beaks, Other Incentives |
| May | Real Estate Chicago | The Mallinckrodt Property |
| June | Area Development | Welcoming Recovery |
| July | Area Development | Assessing the Post-War Economy |
| July | PS&P | Site Selection Shake Up |
| | Journal of Property | |
| July-Aug | Management | Flower Power (Interior Landscape) |
| September | PS&P | Avoiding Economic Espionage |
| October | Bizlife | The Man Behind the High Point Transportation |

## 2003

| August | The Wiglaf Journal | Getting Lost on the Worldwide Web |
| August | Intellectual Property Today | 10 Frequently Asked Questions About Intellectual Property Litigation Surveys |

## 2004

| May | Plants Sites & Parks | Milwaukee on the Grow |
| June | Intellectual Property Today | Swimming In Shark-Infested Waters |
| July | Plants Sites & Parks | Electronics Industry on the Fast Track |
| September | Wiring Harness News | Using Customer Service as a Competitive Edge |
| | | U.S. Economic Recovery Spurs Industrial Park Growth in Mexico |
| November | Plants Sites & Parks | |
| November | Intellectual Property Today | Getting the Most Value Out of Your Survey Expert |

## 2005

| | | On The Job with "The Apprentice" |
| January/February | Executive Decision | Why Chicago is Bill Rancic's Kind of Town |
| | | The Decline and Fall of the AT&T empire — Marketing Myopia |
| March | The Wiglaf Journal | Revisited |
| April | The Wiglaf Journal | 10 Easy Ways to Lose a Customer |
| May | Executive Decision | Secrets of the Best Rainmakers |
| June | The Wiglaf Journal | Converting Productivity to Profitability |
| July | Intellectual Property Today | Creativity Key to Executing Toughest IP Survey Projects |

| August | The Wiglaf Journal | What's In a Name? |
|---|---|---|

**2006**

| January | The Wiglaf Journal | Thoughts on Relationship Marketing |
|---|---|---|
| | | A Matter of Survival: |
| January/February | Executive Decision | CEOs need to commit to Lifelong Learning |
| | | |
| February | The Wiglaf Journal | Peeling the Customer Loyalty Onion |
| March | The Wiglaf Journal | Creating "Monopolies" from Customer Value Propositions |
| March/April | Executive Decision | The Rich Get Richer |
| | | What IP Attorneys Should Know Expect & Costs for Survey Research |
| April | Intellectual Property Today | |
| | | All The Right Moves |
| May/June | Executive Decision | Strategies and Tactics for Corporate Relocations |
| | | A New Life for ABLs. Strong Economy and Lots of Available Cash Fuel |
| July/ August | Executive Decision | Asset-Based Lending Boom |
| | | Integrated Marketing Environment Putting New Pressure on Sales |
| September | The Wiglaf Journal | Management, |
| September/October | Executive Decision | All Banks are not created Equal |
| December | Tax Credit Advisor | Sponsors "Brand" Housing Credit Properties |

**2007**

| January | Intellectual Property Today | 10 Easy Ways to Blow Away A Survey |
|---|---|---|
| | WebsiteRevamp.org | Lost on The Web |
| | | Multifamily Realtors See Benefits of |
| January | WebsiteRevamp.org | Branding in Driving Internet Sales |
| | | Bridgeport Historic Rehabilitation Project Helping to |
| January | Tax Credit Advisor | Transform Downtown |
| | | Cover Story: |
| | | AMLI'S Secret Formula – All the Ingredients for Sophistication |
| January/February | MultiFamily Pro | |
| | | Spotlights: |
| | MultiFamily Pro | Executive – No. 1 Cheerleader – Mutz Has Spirit and Vision |
| | | Management – Taking Full Advantage – Technology Provides a |
| | MultiFamily Pro | Competitive Edge |
| | | Marketing – Brand Loyalty – AMLI Markets Through its Brand |
| | MultiFamily Pro | |
| | | Training – Pursuit of Excellence – Training Helps AMLI Reach Goals |
| | MultiFamily Pro | |
| | | On Site – Know the Facts – AMLI Serves through Information |
| | MultiFamily Pro | |
| | | |
| February | The Wiglaf Journal | The "iPhone" Brouhaha |
| | | Different Actions, Tactics can Foster Quicker, Effective Lease-Up of |
| March | Tax Credit Advisor | New Tax-Credit Properties |
| March | The Wiglaf Journal | Don't Segment Markets — "Hire" the Product |
| | | The Challenge Of Building A Global Workplace Community |
| March/April | Executive Decision | |
| | | Cover Story: |
| | | Place Properties Is The Place – Welcome to the World of |
| March/April | MultiFamily Pro | Student-Friendly College Housing |

|  |  | Spotlights: |
|---|---|---|
|  | MultiFamily Pro | Executive – Nightmare Interupus – Phillips Filled a Student Housing Need |
|  | MultiFamily Pro | Management – An Engaged Audience – Ratchford Attracts Generation Y with Technology |
|  | MultiFamily Pro | Marketing – Hitting the Target – Nix and Dunton Market to Distinct Groups |
|  | MultiFamily Pro | Training – Gaining an Edge – Wolff Directs the Management Team |
|  | MultiFamily Pro | On-Site – Two-Sided Approach – Place Focuses Both On and Off Campus |
|  |  |  |
| April | Tax Credit Advisor | Reducing Tenant "Churn" Essential for Successful Tax Credit Properties |
| May | Tax Credit Advisor | Industry Participants Suggest Ways to Trim Construction Operating Costs |
| May | The Wiglaf Journal | A New Way to Segment B-T-B Markets — Put Your Product to Work |
| May/June | Executive Decision | Adding Green To The Bottom Line |
| June | The Wiglaf Journal | The Difficulty of Developing Profitable and Unique Sales Promotions |
| June | Tax Credit Advisor | Market Studies Remain Key for Determining Feasibility of Proposed LIHTC Projects |
| July | The Wiglaf Journal | The Perils of Using the Internet for Surveys |
| July/August | Executive Decision | Is the Private Life for You? More Private Companies Are Opting To Go Private |
| August | The Wiglaf Journal | How to Make Your E-Mail Marketing More Effective |
| August | Tax Credit Advisor | Affordable Rental Housing Development Is Becoming Increasingly "Green" |
| August | Intellectual Property Today | The Power and Perils of Internet Surveys |
| August | Tax Credit Advisor | Oregon Family Development Incorporates Variety of 'Green' Features |
| September | The Wiglaf Journal | HR Help for the Entrepreneur |
| October | The Wiglaf Journal | Ease Up on Sales Button for New Ventures |
| October | Tax Credit Advisor | Robust Population, Job Growth Favor Development Phoenix Area, But Condo Overhand, New Production Are Issues |
| November | Tax Credit Advisor | Baltimore Area Marked by High Demand for Additional Affordable Housing |
| December | Tax Credit Advisor | Pittsburgh Market Has Strong Demand for Affordable Housing Despite Sluggish Economy |
| December | The Wiglaf Journal | To Brand or Not to Brand |

## 2008

| January | Tax Credit Advisor | Milwaukee's Economy on the Grow; Strong Demand for Affordable Housing |
|---|---|---|
| January | The Wiglaf Journal | Marketing Lessons from Hollywood |
| January | The Wiglaf Journal | "Top 100 Brands" Quiz |
| February | Tax Credit Advisor | Vibrant Seattle Economy Spurs Demand for Affordable Housing |

| | | |
|---|---|---|
| March/April | Executive Decision | In Whom do we Trust? The Movement for Greater Accountability and Disclosure |
| March | The Wiglaf Journal | Looking Positively at the "R" Word |
| March | The Wiglaf Journal | Adding Bite to your E-Mails |
| April | Tax Credit Advisor | Cleveland's Perfect Storm of Rising Foreclosures |
| April | Intellectual Property Today | How to do an IP Survey without Giving Away the Store |
| April | The Wiglaf Journal | B-2-B Trademarks and Brands – A Slippery Slope |
| April | The Wiglaf Journal | Want to Know Who Sarah Marshall Is? |
| May | Tax Credit Advisor | Atlanta Economy Slowing But Still Growing; Tax Credit Housing Challenged |
| June | The Wiglaf Journal | A New Business Primer for Growing Organizations |
| July | Tax Credit Advisor | Milwaukee's Economy on the Grow; Strong Demand for Affordable Housing |
| August | Tax Credit Advisor | New Desire Housing Project Rises from Devastation of Katrina |
| September | The Wiglaf Journal | What's a Brand Worth Anyhow? |
| September | Tax Credit Advisor | Chicago Has Vibrant Affordable Housing Market |
| November | The Wiglaf Journal | Starbucks Discovers Marketing Myopia |
| December | Tax Credit Advisor | Portland Economy, Multifamily Housing Easing into "Soft Landing" |
| December | The Wiglaf Journal | Musing from a Marketer on the Economic Crisis |

## 2009

| | | |
|---|---|---|
| January | The Wiglaf Journal | Empathy the Missing Element in Relationship Management |
| February | Tax Credit Advisor | MarketSketch: Houston Area Still Attractive Market for LIHTC Development |
| March | The Wiglaf Journal | The "Dark Side" of Entrepreneurship |
| April | The Wiglaf Journal | Recession Takes Toll on Brand Values |
| April | The Wiglaf Journal | Opportunities Starting to Sprout as Entrepreneurs Pick Up Pieces from Shattered Economy |
| May | The Wiglaf Journal | Two Harvard Experts Provide Perspective on Building Entrepreneurial Businesses in Troubled Times |
| July | Tax Credit Advisor | Everything You Wanted to Know About Multi-Family Energy Audits |
| July | The Wiglaf Journal | New Paradigms Abound |
| June/July | Area Development | Military Bases as Economic Development Magnets |
| August | The Wiglaf Journal | Trying to Put the Toothpaste Back into the Tube |
| September | The Wiglaf Journal | Global Marketers Unclear About Obama's Direction |
| October | The Wiglaf Journal | Marketers Find Gold on Old Brand Junk Headp |
| December | The Wiglaf Journal | Looking for a New Advertising Agency?  2010 |

| | | |
|---|---|---|
| January | The Wiglaf Journal | Nurturing Relationships More Important Than Ever |
| February | The Wiglaf Journal | IPad Has All the Ingredients of a Classic Marketing Blunder |
| March | The Wiglaf Journal | Professional Musings from the World of Marketing |
| June | The Wiglaf Journal | Toyota – Crisis Management at its Worst |
| July | The Wiglaf Journal | The Bible of Marketing Mistakes and Successes |
| June-July | Area Development | Obama Promotes Export Policy to Rally Economy |
| July | Intellectual Property Today | Introducing the Internet/Telephone "Hybrid" Survey |
| July | The Wiglaf Journal | Lessons from a Legend |
| August | The Wiglaf Journal | The Undefeated, Undisputed King of Smartphones |
| September | The Wiglaf Journal | The Revolution in Knowledge Delivery Systems |
| October | The Wiglaf Journal | The Most Important Sales Call You Will Ever Make |
| November | The Wiglaf Journal | The Rewards of Trying To Be Different |
| December | The Wiglaf Journal | Story of the 2000-2010 Decade Told  by Brand Values |

## 2011

| | | |
|---|---|---|
| January | The Wiglaf Journal | Post-Recession Era Poses Different Kinds of Challenges for Marketers |
| February | Intellectual Property Today | How to Apply Theory of Probability to Decision of Whether to Do an I.P. Survey |
| February | The Wiglaf Journal | Borders and Blockbuster: Throwing Money Down a Rat Hole |
| March | The Wiglaf Journal | H-P and  Walmart – The Peril of Expectations |
| April | The Wiglaf Journal | Entrepreneurial Musings |
| May | The Wiglaf Journal | Are You Ready for Milkshake Marketing |
| June | The Wiglaf Journal | What Have You Done for me Lately |
| July | Area Development | Free Trade Agreements Stymied by Political Roadblocks |
| July | The Wiglaf Journal | The GROUPON Phenomenon – Is it Sustainable? |
| August | The Wiglaf Journal | Eastman Kodak – Another Corporate Icon Fights to Survive |
| September | The Wiglaf Journal | The Hidden Marketing Asset |
| October | The Wiglaf Journal | Killing the Golden Goose (Netflix) |
| November | Area Development | New Trade Agreements Slowly Becoming a Reality |
| November | Intellectual Property Today | Trademark Surveys    The Descriptive/Suggestive Conundrum in |
| November | The Wiglaf Journal | Killing the Golden Goose Part 2 (Netflix) |
| December | The Wiglaf Journal | The Merits of Underdog Positioning |

## 2012

| | | |
|---|---|---|
| January | The Wiglaf Journal | Twitter — Show Me the Money |
| February | The Wiglaf Journal | Corporate Icons Falling Like House of Cards |
| February | The Wiglaf Journal | The Resurrection of the Golden Goose |
| March | The Wiglaf Journal | Revenues Gained by Service Fees Undermines Relationship Marketing Goals |
| March | Intellectual Property Today | The Pre-Litigation Pilot Trademark Survey |
| April | The Wiglaf Journal | LG's Brilliant Marketing Strategy |
| May | The Wiglaf Journal | Lessons from Fortune's "The 12 Greatest Entrepreneurs of Our Time" |
| June | The Wiglaf Journal | Welcome to 'Seinfeld' Marketing |

| | | |
|---|---|---|
| July | The Wiglaf Journal | 'tis the Season for "Ambush Marketing" |
| Summer, 2012 Area Development | | Three Mistakes CEOs Must Avoid When Relocating A Business |
| August | The Wiglaf Journal | Doing Good May Yield Bad Results |
| August | Area Development | Business Community Cheers Export-Import Bank |
| September | The Wiglaf Journal | 10 Strategic Insights from Michael Porter |
| October | The Wiglaf Journal | Don't Look for Nissan's New 'World Car' To Be Seen on U.S. Roads |
| November | The Wiglaf Journal | J.C. Penney's Makeover An Attempt To Repeat History |
| December | The Wiglaf Journal | Hewlett-Packard's Downfall, AT&T Detanges its Network and other Year-End Blockbusters |
| December | Intellectual Property Today | Frequently Asked Questions About Trademark Surveys |

**2013**

| | | |
|---|---|---|
| January | The Wiglaf Journal | The Collapse of the Big Box |
| February | The Wiglaf Journal | The Sales Rep. Motivational Disconnect; An Intriguing Possibility: Legalize All Drugs |
| March | The Wiglaf Journal | Increased  Public Scrutiny for Energy Drinks |
| April | The Wiglaf Journal | Why J.C. Penney's New Strategy Won't Work J.C. Penney's Demise Recalls Other Major Retail Failures |
| May | The Wiglaf Journal | "Shark Tank" Offers Valuable Insight into Marketing Entrepreneurship |
| June | Intellectual Property Today | Internet Surveys Come of Age |
| July | The Wiglaf Journal | The Challenge of Delivering Accurate Sales Forecasts |
| August | The Wiglaf Journal | Strategic Marketing for Entrepreneurs |
| Summer 2013 Area Development | | Momentum Builds for U.S. – India Trade Agreement; Economic Stimulus for Both Sides of the Atlantic |
| September | The Wiglaf Journal | The Taste of Crow: Facebook's Incredible Profitability Surge |
| September | Intellectual Property Today | 10 Common Myths About Trademark Surveys |
| October | The Wiglaf Journal | IPO Announcement Sets Wall Street A-Twitter |
| November | The Wiglaf Journal | Consumer Market Segmentation 101 |
| December | The Wiglaf Journal | McDonald's Story Shows Why Branding is Crucially Important in Product Development   **2014** |
| January | The Wiglaf Journal | The One That Got Away: Nokia and Blackberry Lose a Market |
| February | The Wiglaf Journal | Samsung Has Got It Right |
| March | The Wiglaf Journal | America's Love/Hate Relationship with Smoking |
| Spring Edition Area Development | | Major New Developments for Keystone Pipeline |
| April | The Wiglaf Journal | College Scholarship Athletes – Students or Employees? |
| May | The Wiglaf Journal | The Best and the Brightest – J.C. Penney-Style   September |
| | Intellectual Property Today | Will A Survey Help Win A Likelihood of Confusion Case? |

| | | |
|---|---|---|
| September | The Wiglaf Journal | New Insight Into Strategic Sales Force Hiring; Be Careful Of Hiring "Stars" |
| October | The Wiglaf Journal | Stanford Business Offers New Perspectives on Entrepreneurship |
| November | The Wiglaf Journal | Will the Marketplace Adopt Apple Pay? |
| December | The Wiglaf Jounral | Colorado Provides Laboratory for Markleting Marijuana |

**2015**

| | | |
|---|---|---|
| January | The Wiglaf Journal | Stanford Marketing Researcher Explores the "Decoy Effect" |
| March | The Wiglaf Journal | 'Decoupling' Adds Value to Consumer While Cutting Costs |
| April | The Wlglaf Journal | Traditional Shopping Mall Under Seige |
| May | Intellectual Property Today | Risks and Rewards for Using IP Exp[erts in the Age of Daubert |
| May | The Wiglaf Journal | Hotels Carry Market Segmentation to the Ultimate |
| July | The Wiglaf Journal | Keeping Customers Isn't Easy |
| August | The Wiglaf Journal | Hotels Carry Market Segmentation to the Ultimate September |
| | The Wigaf Journal | Harvard Prof. Sees Ben Frankllin's "Way to Wealth: As Source for America's Brand of Capitalism |
| October | The Wiglaf Journal | Brand Valuations Go Topsy-Turvy over Last 10 Years |

**2016**

| | | |
|---|---|---|
| February | The Wiglaf Journal | Special Marketing Provides The Force Behind New "Star Wars" Film |
| March | The Wiglaf Journal | Are You an 'Imposter?' If So, the Workplace Needs You |
| April | The Wiglaf Journal | McDonald's Feasts on All-Day Breakfast, But Causes Indigestion for Some Franchisees |
| May | The Wiglaf Journal | Free Trade, Protectionism and Marketing |
| June | The Wiglaf Journal | Why Relationship Marketing Has Never Worked for the New Car Purchase |
| July | The Wiglaf Journal | Will Bid for Presidency Destroy the Trump Brand |
| September | The Wiglaf Journal | Immigrants Fueling American Entrepreneurial Successes |
| October | The Wiglaf Journal | The Academic Research Disconnect |
| November | The Wiglaf Journal | Trump Will Be Forced to Reposition His Brand Post-Election |
| December | The Wiglaf Journal | A Puzzlement: Why Did So Many Women Vote for Trump |

**2017**

| | | |
|---|---|---|
| January | The Wiglaf Journal | False Marketer of the Year |
| February | The Wiglaf Journal | Another Wiglaf Journal Valuation QUIZ |

James T. Berger    CURRICULUM VITAE        21        7/27/2019

| May | The Wiglaf Journal | Marketing High-Quality Commercial-Free TV and How to Make Money at It |
| June | The Wiglaf Journal | Who Will Survive the Retail Revolution |
| July | The Wiglaf Journal | Rules of Retailing Are Changing |
| August | The Wiglaf Journal | The Apple iPhone: Planned Obsolescence, Disruptive Innovation or Something Else |
| September | The Wiglaf Journal | Wake Up and Smell the Fumes, Mr. Trump" Renewable Energy Is the New Growth Industry |
| October | The Wiglaf Journal | Is Retailing Becoming an Oligopoly? |
| November | The Wiglaf Journal | "Disruptive Innovation" Key to America's Future |
| December | The Wiglaf Journal | Future of Internet at Stake if FCC Abandons Net Neutrality |

## 2018

| January | The Wiglaf Journal | Harvard Uncovers a 15th Century Business Success Manual |
| February | The Wiglaf Journal | Marketing Industry Reports – Clients and Agencies May Not Be On the Same Page |
| March | The Wiglaf Journal | Tariffs Defy Traditional Marketing and Pricing Theories |
| April | The Wiglaf Journal | Brits Give Insight Into Toys 'R Us Failure |
| May | The Wiglaf Journal | New Data Supports Vale of Immigrants as Entrepreneurs |
| June | The Wiglaf Journal | Title Barnes & Nobel Looking Like Latest Victim of Retail Maelstrom |
| July | The Wiglaf Journal | Decision to Grow Instead of Harvest May Be Key to Microsoft's Survival |
| August | The Wiglaf Journal | Polarization of Politics Having an Effect on Brand Management |
| September | The Wiglaf Journal | Ever Heard of Strategic Intelligence? |
| Fall, 2018 | NYSBA Bright Ideas | Will a Survey Enhance the Chances of Winning Your Trademark Infringement Case |
| October | The Wiglaf Journal | The Decline and Fall of Sears |
| November | The Wiglaf Journal | The Netflix Success Story: Reaping Rewards from Disruptive Innovation |
| December | The Wiglaf Journal | Is General Electric the Next Icon to Fall? |

## 2019

| January | The Wiglaf Journal | What Stock Market Volatility Tells Us |
| February | The Wiglaf Journal | The Power of 'Q' |
| March | IP Watchdog | Ten Things to Avoid when Doing Surveys |
| March | Texas Bar Journal | Cost, Expectations and Methodologies for Trademark Surveys |
| March | The Wiglaf Journal | Strategies for Retail Survival in the Amazon Era |

| | | |
|---|---|---|
| April | The Wiglaf Journal | Major Marketing Implications in the Fisher Price Sleeper Recall |
| May | The Wiglaf Journal | Internet Evolves Into Ultimate Corporate Research Vehicle |
| June | The Wiglaf Journal | What Are "Ironclad" Brands and How Tp Maintain Them |
| July | The Wiglaf Journal | Some Bizarre Facts About Trademarks |
| Aug.19 | IP Watchdog | Why the Internet Has Become the Smart Way To Di Trademark Surveys |
| August | The Wiglaf Journal | Tribal Marketing – A Step Beyond Segmentation |
| September | The Wiglaf Journal | "The Great Hack" — A Chilling View of Market Research Gone Wild |
| October | The Wiglaf Journal | Supreme Court Ruling Sparks Explosion in Sports Betting |
| November | The Wiglad Journal | Brick and Mortar Retailing Basing Comeback on Generational Marketing |
| December | The Wiglaf Journal | How Wayfair Blossomed into a Furniture Behemoth |

## 2020

| | | |
|---|---|---|
| January | The Wiglaf Journal | Can Bloomberg's Strategy to Win Democrat's Nomination Succeed |