# EXHIBIT 2

# Mathematical Analysis of AI Facial and Target Algorithms to Predict Human Response to Image Similarity

# Images known as "King Cake Baby" and the "Happy Death Day" Mask

**Dr. Edward R. Griffor**
**9800 Mainsail Drive**
**Gaithersburg, MD 20879 USA**

**Exhibit 3**

2

# **Index**

Report                                                         Page 3
    A.  Requested Analysis                            Page 3
    B.  Expert Background Summary                   Page 4
    C.  Current Work Summary                        Page 4
    D.  Report Summary                              Page 5
    E.  Report Background                           Page 6

Exhibit 1: CV                                                 Pages 10 - 15

Exhibit 2: Publications and Prior Testimony
    A.  Publications                                Pages 15 - 17
    B.  Prior Testimony & Expert Consultations      Pages 17 - 18
    C.  Fee Schedule                                Page 18

Exhibit 3: List of References for the Report                  Page 19

Exhibit 4: List of File Materials provided from the Litigation  Page 20

**King Cake Baby (NBA Pelicans) vs. Happy Death Day & Happy Death Day 2U (Universal Pictures)**

**Report: Mathematical Analysis of AI Facial and Target Algorithms to Predict Human Response to Image Similarity**

For purposes of this opinion, we assume that the relevant standard for comparing images is whether an ordinary observer without assistance would see the images as substantially similar in a side by side comparison. AI for our purposes comprises the use of a set of images of a face to 'train' a computer algorithm, operating on digital representations of facial images, to recognize that face. The set of digital representations is referred to as the AI dataset. The dataset is used to 'train' an AI algorithm in order to arrive at a mean or average of the images. Though image can be digitized as an array of pixels, the method of AI is more clearly explained in terms of principal components of the mean image.

**A.  Requested Analysis**

Mathematical Analysis of AI Facial and Target Algorithms to Predict Human Response to Image Similarity of Images known as "King Cake Baby" and the "Happy Death Day" Mask.

The requested analysis is of the ability to use mathematics and target / facial recognition algorithms to compare the images at issue:  King Cake Baby and the killer's mask in Universal Pictures 2 feature films, Happy Death Day and Happy Death Day 2U.

The approach of this analysis is to determine mathematically a set of facial components in images of King Cake Baby and the Happy Death Day masks, indicate how images of the King Cake Baby mask are represented digitally, describe how the set of principal facial components of King Cake Baby images are arrived at, through simple mathematical operations that reflect the dimensions of variation from a 'mean' or average of King Cake Baby mask images, and describe how the Happy Death Day mask image can be reconstructed from these components, and therefore recognized as similar to or as a likely variation of the King Cake Baby mask.

**B.  Expert Background Summary**

The issues involved in providing these opinions are key to performing the roles in my prior and current positions in academia, industry and government. A CV with list of publications is included. As witness to the expertise required to render this opinion:

- *Provided expert opinion on the ability of intelligent software systems to safely and reliably process images and other sensor data.* Member of Sweden's expert delegation to the European Commission Committee on Very large-scale Integration (VLSI), 1997
- *Provided expert opinion on the functional safety of intelligent automotive systems.* Represented Fiat Chrysler Automobiles (FCA) to the National Highway Traffic Safety Administration (NHTSA) on the vehicle electronics safety, 2015

3

- *Provided expert opinion on the SAE recommended practice for vehicle cybersecurity.* Expert to US Senate Staff review on vehicle cybersecurity, 2016
- *Provided expert opinion on the SAE recommended practice for vehicle cybersecurity, including the use of image recognition technology.* Expert to US Dept. Commerce Secretary's office on cybersecurity of ground vehicles, 2017
- *Provide expert opinion on the assurance of reactor protection systems.* Expert advisor on Safety Assurance to the Nuclear Regulatory Commission delegation to the Halden Reactor Safety Project, 2018-Present
- *Provide expert opinion on the mathematical fundamentals of AI and ML technologies.* USG expert member to ISO/IEC JTC 1/SC 42 (the Joint Technical Committee of the International Organization for Standardization (ISO) and the International Electrotechnical Commission (IEC) Subcommittee for Artificial Intelligence.
- *Lead the development, with industry and government experts, the development of consensus around measurement methodologies for intelligent driving systems.* USG lead for multi-agency technical working group on assessing the safety of Automated Intelligent Driving Systems. Tasks include the automated system's ability to assess the intent of human operators in a traffic setting. Stakeholders include, for example: automakers, suppliers, Uber/Lyft, SAE and USDOT and NHTSA research arms.

## C.    Current Work Summary

Humans are reliable and accurate face recognition systems, though human recognition can be influenced by emotions, environment and psychological conditions. Research indicates that humans may be limited in the volume of patterns and images they can process and in the speed with which they can process them. My work in the automotive industry was as a Chief Scientist for electronics, or software controlled mechanical systems. These systems must apprehend the physical world through sensors, a considerable portion of which capture and process images. In their current implementation these systems comprise a combination of automated and human/driver image recognition and support assessment and decision-making in the system. Image recognition has developed various data-driven methods to help map similarities, and manipulation, such as distance between and dimensions of facial features.

Beyond the data and features that make up an image, regions of that image identified as features and the geometry of those features, there are transformations that preserve or distort that geometry. Face masks generally comprise components of human faces that have undergone distortions or transformations of specific characteristics, including color, color intensity, special orientation and relationships between them, shape or simply size.

Beyond the image data, regions of an identified as features and beyond the transformations of features, there is the impact of the visual image on a subject and the response of a subject to an image, including emotions, like calm, fear and aggression, and then also the intensity of those responses. All of these are part and parcel to the design of trustworthy automated driving systems. In the context of an automated systems 'first surface', or the one that humans interact directly with, the impact or response to an image may be a component of safety or of the value of a system presented image in a business or commercial sense.

4

An example of the challenges where I have used AI methods face is the challenge of developing trustworthy autonomous systems generally and, specifically, automated driving systems that can not only perform driving maneuvers but that can assess the level of distraction of a human passenger (fallback driver), but also ones that can assess the intent of human drivers sharing the same road – based on facial expression those human drivers. The writer of this opinion is one of the leading experts on algorithmic or automated reasoning for purposes of AI-enabled driving systems. Facial expression, for example staring expressions, attract ordinary observers' attention and are used to identify hazards while driving. An ideal automated driving systems, sharing the road with human drivers, may also benefit from recognizing that human drivers faces display 'startle' or staring expressions.

## D.    Report Summary

Based on the types of analysis I have listed, based on a principle component analysis of images, and the images that I currently have available, the results show that to a reasonable degree of mathematical probability that human recognition of these images would treat them as substantially similar and likely to produce a broad base of confusion between them.  The accuracy of the mathematical probability predicting human recognition of King Cake Baby and the Happy Death Day mask as substantially similar exceeds 70% based on the images used in this analysis. With the study of additional images this accuracy to a reasonable degree of probability is expected to exceed 90%.

This report takes as the standard for facial image similarity that an ordinary observer without assistance would see the images as substantially similar in a side by side comparison. It reviews and references the fundamentals of AI-enabled automated facial recognition as well as studies showing the correlation of human and AI-enabled automated facial recognition for suitably trained AI.

To reach this conclusion, this report determines that there is an objective methodology, based on an AI-enabled image recognition algorithm, that predicts substantial similarity between the mask images in question, as perceived by an observer without assistance. Hence there is an objective methodology, based on this type of AI-enabled image recognition algorithm analysis, that demonstrates, to a reasonable degree, a mathematical probability of public confusion between the mask images in question. We infer further that such a methodology may be superior, at a minimum with respect to reliability and repeatability, to the traditional approach of using written questionnaire protocols to perform surveys of volunteer respondents, we conclude.

## Further conclusions and remarks

- AI methods used to create algorithms for target, facial and / or facial expression derive from or are mathematical models of biological, organic processes used by the human brain to identify and recognize images in two distinct ways:
  - o  human developed training images for AI-enabled image recognition algorithms

5

- o artificial neural networks, a key part of current machine learning methods, are mathematical abstractions of the function and structure of the human brain
- the results demonstrated for the best performing AI algorithms show *successful comparison to the accuracy of a human facial recognition* and has been found to be superior in accuracy and speed for reaction to the recognition in some circumstances.
- some human facial recognition studies indicate that HFR can succeed in less than a second in many instances (200-400 ms).
- Various AFR applications, that correlate with human facial recognition performance in assessing the similarity of images, may be superior to protocol-based human surveys in their reliability and repeatability, once trained with a set of ground truth facial images.
- AFR applications that correlate well with HFR relate to the case at hand and relate, to that degree, to public perception and response.
- The historical and technical works reflecting the state of the art and reviewed here make possible an understanding of the origins and functionality of facial and target recognition using AI.* Examples include deep learning which aims to infer principle facial components from raw data, by using a deep graph (one with multiple processing layers, whose role is to recognize component factors of an image, say a human face as being a composition of eyes, nose and mouth, and may comprise multiple linear and non-linear transformations of these principle components).
- Deep learning is loosely based on models of how the human brain processes information in that it uses artificial neural networks and where the nodes of that network can be calibrated to predict human perception of similarity on average. The results noted here included comparisons of a sampling of different types of underlying algorithms (e.g., weightings of nodes in a deep learning neural network corresponding to the importance of certain features of an image in assessing similarity).**
- The fundamentals summarized here include consensus among experts that certain features in images have shown themselves to be more relevant in triggering automated facial recognition and reaction / response, including the structure and shape of the eyes and ears and mouth, color and brightness, tone finish and others.

E.     **Report Background**

AI methods are used for several kinds of image recognition tasks. Three such tasks are:

**Image classification task:**
- This task seeks to answer the question of given an image, which category it belongs to.
- The current state of the art AI algorithm currently used is called **ResNet** (https://arxiv.org/pdf/1512.03385.pdf), though there are other similar deep learning architecture that are on a par with it in performance.
- The drawback of this approach is that, it fails to identify other object categories found in a given image.

**Object recognition within an image task:**
- This task seeks to answer the question of given an image, to identify all objects found in the image including their location and category they belong to.

- The current state of the Art AI algorithms currently used are either **SSD** (https://arxiv.org/pdf/1512.02325.pdf) or **FASTER-RCNN** (https://arxiv.org/pdf/1506.01497.pdf).

**Facial Recognition task:**

- This task seeks to answer the question of given two images of a person or an object of interest whether they are the same or different.
- The current state of the art AI algorithm currently used is called **FaceNet** (https://arxiv.org/pdf/1503.03832.pdf).

The task most relevant to this opinion is the facial recognition task.

**Accuracy**

One of the critical aspects of applications of AI methods is quantifying the accuracy of the results. On one of the most widely used Labeled Faces in the Wild (LFW)dataset, FaceNet achieves a record accuracy rate of 99.63% and on the YouTube Faces DB FaceNet achieves 95.12%. Studies show that FaceNet cuts the error rate in comparison to the best previously published result [Y. Sun, X. Wang, and X. Tang. Deep learning is a part of machine learning methods based on artificial neural networks, mathematical models of the way that neurons in the human brain function and are connected. Deeply learned face representations are sparse, selective, and robust. (Proceedings of the IEEE Computer Society Conference on Computer Vision and Pattern Recognition 2015, DOI:10.1109/CVPR.2015.7298682)

There are many other AI driving recognition tasks and multiple algorithms and software in use in performing those tasks.

Examples of applications to search include Yahoo or Google that allow the user to perform an image search query, it can use a combination with the above task to extract important features from the given image and pass them to their retrieval engine to return relevant documents or similar images in their search results. The above image or object recognition tasks can be used to address the question of "relative sameness" or "similarity" of images.

As for the technologies that implement these tasks. Each of the mentioned algorithms have their computer codebase, published on GitHub or authors website. For instance, Facebook AI research group uses ResNet and Faster-RCNN for several of their product lines. They have developed a toolkit called **Detectron** (https://ai.facebook.com/blog/-detectron2-a-pytorch-based-modular-object-detection-library-/, https://github.com/facebookresearch/detectron2) that includes those algorithms, and all a user needs to use them, is to call the right toolkit APIs (application interfaces) for their problems .

All these algorithms are initially trained on existing benchmark datasets that been designed by human subjects. This is referred to as supervised or semi-supervised learning. For a custom recognition task, each such algorithm will need to be re-trained on new datasets prepared, wholly or in part, by human subjects.

**Enhancements or applications of such AI methodologies**

- (Edge or boundary detection as in the Gabor Filter) provides a usable and fairly reliable unique footprint. Boundaries in these analyses are oriented counterclockwise for all

boundaries in the image, indicating object presence to the 'left' when traversing that boundary following its orientation.

- (Facial regions of interest) Search in both images/appearances. A match would highly indicate a match; this includes lines, wrinkles and distinguishing facial marks.
- (Isometry of two images) this comprises regions of interest and relative distances; an isometry is a mapping or geometric transformation that preserves ratios of distances between two images.
- (Color Distribution) Regions of an image reflect varying segments of the visual light spectrum. The way these segments appear to the human eye may differ widely from the way they appear to computer-enabled sensor arrays as having different colors. As patterns of color distribution are frequently used as characteristic of images, their recognition would suffer from these variations. Here the 'Huffman tree' works well for the analysis of similarity of 'reduced color sets' like those in these images.

**Comparing Human and Automatic face recognition performance**
Face recognition technologies have improved in performance over the past decade, and such systems are now widely used for security, commercial and automated systems applications. Humans ability to recognize faces is regarded as the 'ground truth' of facial recognition. Thus, multiple studies have been carried out to compare automatic face recognition (AFR) and human face recognition (HFR) in terms of biometric performance. Conclusions common to those studies include: 1) There is a wide variability in the face recognition ability of human subjects. Differences in error rates of an order of magnitude can be observed, from the best to the worst. 2) Over the last decade, AFR technology has shown dramatic improvements. The best performing systems in 1999 were at the level of the poorest performing human subjects. However, in comparison to the performance of the best current AFR systems, 29.2 % of human subjects perform better, while 37.5% perform worse.

**Methodology used in this Analysis**
There are several mathematical (algorithmic) target methods for facial and / or facial expression recognition that are the basis of assessing similarity between facial images. Application of these methods can be annotated with estimates of the uncertainty of their results.

The principle method applied here is based on statistical variance and matrix algebra, one of the fundamentals of most AI-enabled AFR algorithms. A set of images of King Cake Baby is considered here and used to derive a set of digital representations of the possible dimensions of variation along the key characteristics of a King Cake Baby image. They form a 'basis' for the space of all possible recognition-invariant transformations of a King Cake Baby image. This process is referred to as a principle component analysis.

Once the AI is trained with this set of eigenpictures, it has the ability to construct any combination of them, which is precisely what occurs when the algorithm recognizes an apparently unrelated image, in this case those of the Happy Death Day 'killer'.

8

The eigenpictures that result from the given dataset included:

- centered/wide (staring) aligned eyes
- prominent/raised forehead boundary region (3-part boundary/'triangle-shaped')
- pronounced, symmetric varying-intensity redness regions ('cheeks')
- blue-turquoise eye color region
- dipping deformed lower lip region
- open mouth (white tooth/teeth/dark background)
- double chin

The set of facial images, obtained by forming linear combinations of these eigenpictures, is according to the initial dataset of image the set of *images recognized by this algorithm as King Cake Baby.*

The opinions in this report are expressed to a reasonable degree of scientific probability and the ultimate conclusions are those set forth in Section D above. I reserve the right to supplement this report.

Edward R. Griffor
22Apr2020

# Exhibit 1: Curriculum Vitae

**Dr. Edward R. Griffor**
9800 Mainsail Drive
Gaithersburg, MD 20879, USA
grifforedward@gmail.com

## PROFESSIONAL EXPERIENCE

**2018 – present**
**Universite Grenoble-Alpes, French National Centre for Artificial Intelligence – Grenoble, FRANCE**
*Co-PI – Research and Commercialization of Artificial Intelligence*

- Liaison to *Linksium, Société d'Accélération du Transfert de Technologies*
- Co-PI AI-enabled Internet of Things Platform

**2015 – present**
**National Institute of Standards and Technology, U.S. Department of Commerce, Washington, DC**
*Associate Director for Cyber-Physical Systems*

- *Mathematical and scientific research on Cyber-Physical Systems (CPS):* Identifying and facilitating national and international research collaboration on CPS. Resulted in publications on cyber-physics and the first annual Game Changing and Controversial Topics in CPS 14-16 April 2016 in Budapest, sponsored by the NIST SGCPS Program Office, NSF and Vanderbilt University.
- *Lead for the NIST CPS Public Working Group and its release of the CPS Framework 1.0:* Determining the foundations of measurement science for CPS.
- *Deployment of the SGCPS CPS Framework and CPS Test Bed Architecture to Industry:* Achieved NIST/SAE International autonomous vehicle testing collaboration agreement and facilitating the FY2016 completion of targeted results: Adaptation of the NIST CPS Framework and Piloting NIST Federated Test Bed Architecture (UCEF) in the transportation industry.
- *System Safety and Security Publications:* Including *Verification and Validation of Autonomous Systems* (Springer Verlag) and the first *Handbook of System Safety and Security* (Elsevier). The latter contains

10

contributions from leading experts in Industry, Academia and Government, including NIST researchers.

**2008 – 2015    Fiat Chrysler Automobiles, USA – Auburn Hills, MI**

*Walter P. Chrysler Technical Fellow – Electrical and Electronics Engineering*

- *Chair - Chrysler Technical Council* – Coordination and direction of advanced development on Powertrain, Safety, Materials, Durability and Reliability, Controls, Electrical and Electronics and Quality
- *Electrical and Electronics Engineering* – responsible for Embedded Systems Engineering, Chrysler-Fiat Functional Safety responsible, Embedded SW Lifecycle Management, Embedded SW Verification Methodology
- *Product Development Data Logistics and Provisioning to Manufacturing* – Developed and implementing globally deployment of Bill of Materials and Software Flash from Product Engineering to assembly for test, programming and reprogramming of powertrain and ADAS systems.
- *Verification of Virtual Simulation Models for Safety Critical Embedded Systems* _ Research Lead for virtual tools development for verification of Safety Critical Embedded Systems (with Professor Domitilla del Vecchio of the Massachusetts Institute of Technology) – ongoing with applications to advanced automation on vehicle and in manufacturing.
- *Chrysler representative to the National Science Foundation Joint Program Office for Cyber Physical Systems* – NSF, Washington, D.C. – responsible for review of NSF proposals for smart vehicle systems and manufacturing automation – ongoing since 2011.
- *Co-Author of US Department of Commerce/NIST Reference Architecture for Cyber-Physical Systems* – CPS Framework 1.0 to be released by NIST 2015.
- *Electrical and Electronics Core Advanced Development* – responsible for advanced development project collaborations in Active Safety, Voice Recognition and Autonomous Vehicle Technologies.
- *CMMi/ASPICE for Embedded Systems Development – responsible for automotive tailoring of CMMI Model and led development of Supplier Design Capability Assessment*
- *Product Data Engineering Lead* – Chrysler Group E/E Product Data Engineering group Lead, responsible for development and deployment of systems engineering process and tools for Ground Vehicle System release.

11

- *Chrysler representative on USDOT MCASTL Board* – Michigan Center for Advancing Safe Transportation throughout the Lifespan.
- *Chrysler representative to Management Committee and Board of Management of the Vehicle to Infrastructure Integration Consortium*
- *Chrysler representative to the International Program Committee of Intelligent Transportation Systems*

**2009 – present**
**Wayne State University School of Medicine, Center for Molecular Medicine and Genetics – Detroit, MI**
*Adjunct Professor of Systems Biology*

- *Development and implementation of SLA modeling of biological systems for genetically regulated energy metabolism*. Resulted in advanced IR treatment based on Signaling Architecture and Networking Data Modeling for Mitochondrial O2 Metabolism.

**2005 – 2008    DaimlerChrysler Corporation– Auburn Hills, MI**
*E/E Advanced Programs Specialist*

- *Fault Code Data Architecture and Data Mining* – Support for Root Cause Analysis and FMEA
- *Systems Modeling and simulation – Vehicle Controller Networking* – Networking Complexity and Systems Performance Impact
- *Electrochemistry/Energy Storage Analysis* - US DOE – Hybrid Electric Vehicle Energy Management Systems
- *DaimlerChrysler Deep-C Project Lead* – program responsible for embedded systems engineering for the NAFTA region.

**1998 – 2005    DEPARTMENT OF COMPUTER ENGINEERING – Wayne State University - Detroit, MI**
*Adjunct Professor of Computer Science*

- Model Driven Databases – *Modeling and Code Generation*
- (w/M. Huettemann and Loren Schwiebert) *Real Time Sensor Driven Diagnostics*

**1998 – 2005    LAB TELEMETRIC/FORD MOTOR COMPANY – Dearborn, MI**
*Advanced Telematics Programs*

- *Remote Data Acquisition* – Panther/Ford Motor Company - support FEMA - Phase I: 05 Grand Marquis/Town Car – 2004 (SCP Bus/CAN Bus – *Vehicle Protocol Emulation*))
- *Systems based Process simulation – Vehicle Controller Network Traffic Study* Lab Telemetrics/Teamworks – Phase II Project Report to Panther/Ford Motor Company

12

- *Energy Storage Analysis* (w/D. Rush)- US DOE and DOT– Onboard NiZn Storage Device Performance Evaluation – SSPS (France)
- *Grid Energy Modeling Report*, United States Federal Reserve - Energy Management, March 2004 (grid/energy simulation using *Witness 2004*)
- *Energy storage/charge cycle algorithm* for the Ford Motor Company LSV *Think Neighbor*/Palo Verde LSV *Hummingbird* – Lab Telemetrics, Grosse Pointe, MI, September 2003

**1998 – 2005    DEPARTMENT OF MATHEMATICS, University of Michigan – Ann Arbor, MI**

*Co-Principal Investigator of joint National Science Foundation and National Academy of Engineering funded program for Methods of Logic in Mathematics*

- Co-Chair of Organizing Committee of the National Science Foundation program in *Methods of Logic in Mathematics Group*
- Lead for program collaboration with Russian Academy of the Sciences and Saint Petersburg State University, St. Petersburg, RUSSIA

**1997 – 1998    CATHOLIC UNIVERSITY                 Santiago, CHILE**

*Visiting Professor*

- Graduate Courses in Mathematics of Type Theory with applications to ALF
- Applications programming and modeling language ALF to Embedded Systems Verification

**1997 – 1998    ADEXUS, S.A.                 Santiago, CHILE**

*Research Director – Tandem SQL Software Synthesis/Verification*

- Designed and developed verification/program synthesis methodology for ATM Backbone Computing Platform (Tandem Computers, S.A.)

**1995–1997    EU TECHNOLOGY PROGRAM - NADA        Brussels, BEL**

*Project Manager – Hardware/Software Verification*

- Developed formal verification language for VLSI hardware design
- Implemented verification system for microprocessor design

**1982–1997    UPPSALA UNIVERSITY                 Uppsala, SWEDEN**

*Professor of Mathematics*

- Co-director of Research Group for Mathematical Logic, Recursion Theory and Proof Theory

13

- Extended Martin-Loef Type Theory to Transfinite Types with applications to Data Streams
- Science Advisor to EU Commission on VLSI (Very Large Scale Integrated Circuits)
- Editor, Elsevier Science Publishers in Amsterdam and *Bibliopolis* in Rome
- Developed theory and programming language syntax implementing higher type computability on abstract data types.

**1980–1982**    UNIVERSITY OF OSLO                    **Oslo, NORWAY**
*Professor and NSF/NATO Postdoctoral Fellow*
- Developed algorithms for priority arguments on structures of higher type
- Simulation Theory for Game Theory
- Implemented *Set Recursion* based computation theory and demonstrated Sigma-One Bounding Principle in collaboration with D. Normann of Oslo University.

**1978–1980**    HARVARD UNIVERSITY AND MIT        **Cambridge, MA**
*Graduate Teaching Assistant*
- Set Theory
- Systems Biology
- Advanced Calculus for Engineering
- Computability Theory
- Recursion in Higher Types

**1978–1980**    TUFTS UNIVERSITY                    **Cambridge, MA**
*Lecturer*
- Advanced Engineering Mathematics

## EDUCATION

**1980–1982**    UNIVERSITY OF OSLO                    **Oslo, NORWAY**
- Habilitation/European Doctor's Degree – Electrical Engineering and Mathematics

**1977–1980**    MASSACHUSETTS INSTITUTE OF TECHNOLOGY
**Cambridge, MA**
- Ph.D. in Mathematics
- Graduate Teaching Assistant at MIT and Harvard University

**1969–1973**    MICHIGAN STATE UNIVERSITY            **East Lansing, MI**

14

- B.A. Foundations of Mathematics
- Undergraduate Teaching Assistant

## HONORS AND PUBLIC SERVICE

**US Department of Transportation – Michigan Center for Advancing Safe Transportation throughout the Lifespan (MCASTL)**
*Advisory Board Member (2010-present)*

**National Science Foundation – Michigan Center for Advancing Safe Transportation throughout the Lifespan (MCASTL)**
*Research Grant Assessment Panelist (2011-present)*

**National Science Foundation/North Atlantic Treaty Organization**
*Postdoctoral Fellow in Science and Engineering (1980-82)*

## PROFESSIONAL MEMBERSHIPS

MIT Alliance (International Chair and Co-founder)

MIT Alumni Club of SE Michigan (Co-President)

MIT Sloan School of Management Club of Detroit (Founder)

American Mathematical Society

Institute of Electrical and Electronics Engineers

## LANGUAGES

- German
- Swedish
- Norwegian
- Spanish
- Italian
- French
- Russian

# Exhibit 2. Prior Testimony and Publications
Exhibit 2A.    Publications
**Books**
*Handbook of System Safety and Security,* (Editor/Contributor), Elsevier Science B.V., New York – London- Amsterdam, 2016.

15

*Mathematical Theory of Domains*, (with I. Lindstroem and V. Stoltenberg-Hansen), Cambridge University Press, Revised and Reprinted 2012.

*Handbook of Computability Theory* (Editor), Elsevier Science B.V., New York – London- Amsterdam, Revised and Reprinted 2011.

*Logic's Lost Genius*, (with C. Smorynski - Chicago), American Mathematical Society, 2007.

**Selected Reviewed Journal Papers**

*Some Consequences of AD for Kleene Recursion in 3E*, Zeitschrift fuer matematische Logik und Gründlagen der Mathematik, Bd. 29, pp 485-492 (1983)

*Definability and Forcing in E-Recursion*, Mathematica Scandinavica, 57, pp 5-28 (1985)

*Effective Cofinalities and Admissibility in E-Recursion* (w/D. Normann), Fundamenta Mathematica, CXXIII, pp 151-161 (1984)

*Definability of E(alpha)* (w/D. Normann), Journal of Symbolic Logic, Vol. 49, No. 2, pp 437-442 (1984)

*An Application of Pi-one-two Logic to Descriptive Set Theory*, Lecture Notes in Mathematics No. 1141, pp 148-158 Springer-Verlag (1985)

*The Strength of Some Martin-Loef Type Theories*, (w/ M. Rathjen), Archives of Mathematical Logic Vol. 33, No. 5, pp 347-385 (1995)

*Inaccessibility in constructive set theory and type theory*, (w/ M. Rathjen), to appear, Annals of Pure and Applied Logic (1999).

**Preprints**

*E-Recursion Theory*, Harvard University Preprint, 1980

*Weak Recursive Enumerability, Indexicality and Post's Problem*, Uppsala University Department of Mathematics Report 1983:10.

*Playing Prisoners' Dilemma Games with Different Rules* (w/T. R. Burns and D. Meeker), Preprint, 1992

*Playing Zero-Sum Games According to Different Rules* (w/T. R. Burns and D. Meeker), Preprint, 1992

*On the Existence of C-Equilibria in an Extended Theory of Games*, (w/T.R. Burns), Uppsala University Preprint, U.U.D.M. Report 1993:1.

*Pi-one-one-Determinacy and Equalization*, Uppsala University Department of Mathematics Report 1988:1.

*On the Theory of Ordinal Denotation*, Harvard Lecture Notes, 1989.

*Pi-one-one-Determinacy and Completeness for Beta-Logic* (w/J.-Y. Girard), Uppsala University Department of Mathematics Report 1994.

*A Decidable Fragment of the Intuitionistic Theory of Types*, University of Florida Preprint, 1991

*The Social Theory of Human Interaction and Games: An Extension of Classical Game Theory* (w/T. R. Burns), Preprint, 1991

*Equalization for Bilators* (w/J.-Y. Girard), Uppsala University Preprint 1986:1Uppsala University Department of Mathematics Report 1986:1.

*Inaccessibility in constructive set theory and type theory*, (w/ M. Rathjen), Uppsala University Department of Mathematics Report 1996:20.

**Editorial Service**

*Proof Theory*, by J.-Y. Girard, University of Paris, Bibliopolis - Napoli (1988)

*Proof-theoretic Transformations* (Papers of G. Mints, Stanford University), Bibliopolis - Napoli (I991)

**Exhibit 2B.    Prior Testimony and Expert Consultations**

The issues involved in providing these opinions are key to performing the leadership roles in my current and previous positions in academic, industry and government. A CV with list of this expert's publications is included. A list of instances where this expert has provided expert opinion include:

- *Provided expert opinion on the ability of intelligent software systems to safely and reliably process images and other sensor data.* Member of Sweden's expert delegation to the European Commission Committee on Very large-scale Integration (VLSI), 1997

17

- *Provided expert opinion on the functional safety of intelligent automotive systems.* Represented Fiat Chrysler Automobiles (FCA) to the National Highway Traffic Safety Administration (NHTSA) on the vehicle electronics safety, 2015
- *Provided expert opinion on the SAE recommended practice for vehicle cybersecurity.* Expert to US Senate Staff review on vehicle cybersecurity, 2016
- *Provided expert opinion on the SAE recommended practice for vehicle cybersecurity, including the use of image recognition technology.* Expert to US Dept. Commerce Secretary's office on cybersecurity of ground vehicles, 2017
- *Provide expert opinion on the assurance of reactor protection systems.* Expert advisor on Safety Assurance to the Nuclear Regulatory Commission delegation to the Halden Reactor Safety Project, 2018-Present
- *Provide expert opinion on the mathematical fundamentals of AI and ML technologies.* USG expert member to ISO/IEC JTC 1/SC 42 (the Joint Technical Committee of the International Organization for Standardization (ISO) and the International Electrotechnical Commission (IEC) Subcommittee for Artificial Intelligence.
- *Lead the development, with industry and government experts, the development of consensus around measurement methodologies for intelligent driving systems.* USG lead for multi-agency technical working group on assessing the safety of Automated Intelligent Driving Systems. Tasks include the automated system's ability to assess the intent of human operators in a traffic setting. Stakeholders include, for example: automakers, suppliers, Uber/Lyft, SAE and USDOT and NHTSA research arms.

**Exhibit 2C.    Fee Schedule**
$400 per hour for preparation and testimony plus reimbursement of travel and expenses

18

## Exhibit 3. List of Report References

*Comparing machines and humans on a visual categorization test*,
François Fleuret, Ting Li, Charles Dubout, Emma K. Wampler, Steven Yantis, and Donald Geman;
Proc Natl Acad Sci U S A. 2011 Oct 25; 108(43): 17621-17625.

*Perceived Shape Similarity among Unfamiliar Objects and the Organization of the Human Object Vision Pathway*, Hans P. Op de Beeck, Katrien Torfs and Johan Wagemans; Journal of Neuroscience 1 October 2008, 28 (40) 10111-10123; DOI: https://doi.org/10.1523/JNEUROSCI.2511-08.2008

*How fast is famous face recognition?* 30 October 2012doi: 10.3389/fpsyg.2012.00454Gladys Barragan-Jason, Fanny Lachat and Emmanuel J. Barbeau, Centre de Recherche Cerveau et Cognition, Université de Toulouse, CNRS-UMR 5549, Toulouse, France

19

# Exhibit 4: List of File Materials provided from the Litigation

- Stipulated Protective Order and Certificate
- Second Amended Complaint including Exhibits 1 through 11
- Exhibit 33 to the Deposition of Ryan Turek
- Exhibit 34 to the Deposition of Ryan Turek
- Exhibit 35 to the Deposition of Ryan Turek
- Photographs Bates numbered:
  - BERTUCCELLI/STUDIO 3 – 000250 – 000257
- Documents Bates numbered:
  - ALTERIAN00297-00317;
  - ALTERIAN00329-00330;
  - ALTERIAN00332-00334;
  - ALTERIAN00336-00338;
  - ALTERIAN00346-00352;
  - ALTERIAN00355-00357;
  - ALTERIAN00365-00388;
  - ALTERIAN00392-00399;
  - ALTERIAN00447-00450;
  - ALTERIAN00454-00460.