# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JONATHAN BERTUCCELLI, and STUDIO 3, INC.,**<br><br>**VERSUS**<br><br>**UNIVERSAL CITY STUDIOS LLC, *et al*.** | **CIVIL ACTION NO. 2:19-CV-1304**<br><br>**JUDGE:**<br>**GREG GERARD GUIDRY**<br><br>**MAGISTRATE JUDGE:**<br>**JOSEPH C. WILKINSON, JR.**<br><br>**SECTION T-2** |

## NOTICE OF SUBMISSION

TO:    **Jonathan Bertuccelli and Studio 3, Inc.**
through their attorneys of record:

John A. Scialdone                    William O. "Bill" Luckett
John S. Garner                       Luckett Law Firm, P.A.
David N. Harris, Jr.                  Post Office Drawer 1000
Scialdone Law Firm, PLLC             143 Yazoo Avenue
1319 24th Avenue                     Clarksdale, MS 38614
Post Office Box 4080 (39502)
Gulfport, MS 30501

PLEASE TAKE NOTICE that Defendants, Universal City Studios LLC, Universal City Studios Productions LLLP, Blumhouse Productions, LLC, Tree Falls In The Woods, L.L.C., Anthony "Tony" Robert Gardner, The Alterian Ghost Factory, Inc., Trick or Treat Studios, and Foe Paw Films, LLC, will submit for consideration their Motion to exclude any opinion testimony by Plaintiffs' proposed experts, James T. Berger and Edward R. Griffor, to the Honorable Greg Gerard Guidry, United States District Judge for the Eastern District of Louisiana, 500 Poydras Street, Courtroom C552, New Orleans, Louisiana on the 27th day of May, 2020 at 10:00 a.m.

DATED: May 12, 2020

Respectfully submitted,

**DAVIS WRIGHT TREMAINE LLP**

  */s/Kelli L. Sager*

Kelli L. Sager (*pro hac vice*)
  kellisager@dwt.com
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

Eric M. Stahl (*pro hac vice*)
  ericstahl@dwt.com
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 757-8148
Fax: (213) 633-6899

**PHELPS DUNBAR LLP**

Mary Ellen Roy, T.A. (La. Bar #14388)
  roym@phelps.com
Dan Zimmerman (La. Bar #2202)
  dan.zimmerman@phelps.com
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311

ATTORNEYS FOR DEFENDANTS
UNIVERSAL CITY STUDIOS LLC,
UNIVERSAL CITY STUDIOS PRODUCTIONS
LLLP, BLUMHOUSE PRODUCTIONS, LLC,
TREE FALLS IN THE WOODS, L.L.C.,
ANTHONY "TONY" ROBERT GARDNER, THE
ALTERIAN GHOST FACTORY, INC., TRICK
OR TREAT STUDIOS, AND FOE PAW FILMS,
LLC

- 2 -