| | |
|---|---|
| JONATHAN BERTUCCELLI, and STUDIO 3, INC., <br><br> VERSUS <br><br> UNIVERSAL CITY STUDIOS LLC, *et al.* | CIVIL ACTION NO. 2:19-CV-1304 <br><br> JUDGE: <br> GREG GERARD GUIDRY <br><br> MAGISTRATE JUDGE: <br> JOSEPH C. WILKINSON, JR. <br><br> SECTION T-2 |

### EX <u>PARTE</u> MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION TO EXCLUDE OPINION TESTIMONY BY PLAINTIFFS' PROPOSED EXPERTS, JAMES T. BERGER AND EDWARD R. GRIFFOR

Defendants Universal City Studios LLC, Universal City Studios Productions LLLP,

Blumhouse Productions, LLC, Tree Falls In The Woods, L.L.C., Anthony "Tony" Robert

Gardner, The Alterian Ghost Factory, Inc., Trick or Treat Studios, and Foe Paw Films, LLC

(collectively "Defendants"), through undersigned counsel, respectfully move the Court for leave

to file the attached Reply Memorandum in support of their Motion To Exclude Opinion

Testimony By Plaintiffs' Proposed Experts, James T. Berger and Edward R. Griffor (Doc. 101),

to respond briefly to the arguments contained in the Opposition filed by Plaintiffs Jonathan

Bertuccelli and Studio 3, Inc. (Doc. 111).

Respectfully submitted,

**DAVIS WRIGHT TREMAINE LLP**

/s/ *Kelli L. Sager*
Kelli L. Sager (*pro hac vice*)
Eric M. Stahl (*pro hac vice*)
865 S. Figueroa Street, Suite 2400
Los Angeles, CA 90017
Tel: (213) 633-6800/Fax: (213) 633-6899
kellisager@dwt.com
ericstahl@dwt.com

**PHELPS DUNBAR LLP**

Mary Ellen Roy, T.A. (La. Bar #14388)
Dan Zimmerman (La. Bar #2202)
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130
roym@phelps.com
dan.zimmerman@phelps.com

Attorneys For Defendants
UNIVERSAL CITY STUDIOS LLC,
UNIVERSAL CITY STUDIOS PRODUCTIONS
LLLP, BLUMHOUSE PRODUCTIONS, LLC,
TREE FALLS IN THE WOODS, L.L.C.,
ANTHONY "TONY" ROBERT GARDNER, THE
ALTERIAN GHOST FACTORY, INC., TRICK
OR TREAT STUDIOS, AND FOE PAW FILMS,
LLC