# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JONATHAN BERTUCCELLI, and STUDIO 3, INC.,** | **CIVIL ACTION NO. 2:19-CV-1304** |
| **VERSUS** | **JUDGE:**<br>**GREG GERARD GUIDRY** |
| **UNIVERSAL CITY STUDIOS LLC,** *et al.* | **MAGISTRATE JUDGE:**<br>**JOSEPH C. WILKINSON, JR.**<br><br>**SECTION T-2** |

## ORDER

The Court having considered the <u>ex</u> <u>parte</u> Motion by Defendants Universal City Studios LLC, Universal City Studios Productions LLLP, Blumhouse Productions, LLC, Tree Falls In The Woods, L.L.C., Anthony "Tony" Robert Gardner, The Alterian Ghost Factory, Inc., Trick or Treat Studios, and Foe Paw Films, LLC (collectively, "Defendants"), for leave of Court to file the attached Reply Memorandum in Support of their Motion To Exclude Opinion Testimony By Plaintiffs' Proposed Experts, James T. Berger and Edward R. Griffor,

**IT IS ORDERED** that the Motion is **GRANTED** and that Defendants' attached Reply Memorandum in Support of their Motion to Exclude Opinion Testimony be filed into the record of the above-captioned matter.

Signed in New Orleans, Louisiana, this _____ day of May, 2020.

_____
**GREG GERARD GUIDRY**
**UNITED STATES DISTRICT JUDGE**

4814-0881-0941v.1 0103245-000015