UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JONATHAN BERTUCCELLI and STUDIO 3, INC | CIVIL ACTION |
| VERSUS | NO: 19-1304 |
| UNIVERSAL CITY STUDIOS LLC, ET AL. | SECTION: T (2) |

# ORDER

Before the Court is a Motion Requesting Judicial Notice[1] filed by Universal City Studios LLC, Universal City Studios Productions LLLP, Blumhouse Productions, LLC, Tree Falls In The Woods, L.L.C., Anthony "Tony" Robert Gardner, The Alterian Ghost Factory, Inc., Trick or Treat Studios, and Foe Paw Films, LLC ("Defendants"). Jonathan Bertuccelli and Studio 3, Inc. ("Plaintiffs") have filed an opposition.[2] For the following reasons, the Motion Requesting Judicial Notice[3] is **DENIED**.

Federal Rule of Evidence 201(b) provides that the court may judicially notice a fact that is not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned. Defendants request that the Court take judicial notice of several alleged facts regarding relating to works depicting babies. First, Defendants request the Court take judicial notice that "[b]abies have been referenced and depicted as mascots in many instances unrelated to Plaintiffs' "King Cake Baby" ("KCB"), including examples that predate KCB."[4] Then, Defendants request the Court take judicial notice that numerous expressive works depict babies as follows: (1) in an offbeat or frightening manner; (2) with blue eyes; (3) with high arched eyes; (4) with blushed and/or chubby cheeks; (5) with open mouths showing teeth or a tooth; and (6) with fat or double

---

[1] R. Doc. 100.
[2] R. Doc. 109.
[3] R. Doc. 100.
[4] R. Doc. 100.

chins.

Plaintiffs object to the Court's recognition of any of the itemized facts reasoning that the statement of facts is argumentative and based on inadmissible hearsay and unauthenticated documents which do not pass the test for admissibility under Federal Rules of Evidence 802, 803, or 902, and the Plaintiffs dispute the truth and accuracy of the facts. The Court will consider all competent summary judgment evidence submitted with Defendants motion for summary judgment. However, the Court finds that Defendants failed to establish that the facts alleged are not subject to reasonable dispute under Federal Rule of Evidence 201(b) warranting judicial notice be taken.

**ACCORDINGLY, IT IS ORDERED** that the Motion Requesting Judicial Notice[5] is **DENIED.**

New Orleans, Louisiana, this 25th day of September, 2020.

_____
GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE

---

[5] R. Doc. 100.