UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JONATHAN BERTUCCELLI and STUDIO 3, INC | CIVIL ACTION |
| VERSUS | NO: 19-01304 |
| UNIVERSAL STUDIOS LLC, ET AL. | SECTION: T (2) |

### ORDER

Before the Court is a Second Motion to Exclude Untimely Disclosures filed by Jonathan Bertuccelli and Studio 3, Inc. ("Plaintiffs").[1] Universal City Studios LLC, Universal City Studios Productions LLLP, Blumhouse Productions, LLC, Tree Falls In The Woods, L.L.C., Anthony "Tony" Robert Gardner, The Alterian Ghost Factory, Inc., Trick or Treat Studios, and Foe Paw Films, LLC ("Defendants") have filed an opposition.[2]

The arguments presented by the instant motion and the general content of the disclosures at issue are similar if not identical to the first motion to exclude filed by Plaintiffs on March 25, 2021.[3] Here, Plaintiffs again request an order excluding documents and images contained in an evidentiary disclosure produced by Defendants. Much of the disclosure—titled DEFENDANTS00032-00110—consists of images of cartoonish baby faces and mask engineering which Defendants plan to use at trial.[4] Considering the similarities between the two motions to exclude, along with the restated arguments presented by the briefs, the Court finds additional analysis unnecessary. Plaintiffs' argument remains unpersuasive for the same reasons explained in the first order denying Plaintiffs' Motion to Exclude. Defendants' disclosures are permissible under Rule 26(a), 26(e), and the Court's Scheduling Order permitting pretrial disclosures through

---

[1] R. Doc. 292
[2] R. Doc. 297.
[3] R. Doc. 282.
[4] R. Doc. 292 at 2.

May 14, 2021.[5] Accordingly, the Court finds Plaintiffs' Second Motion to Exclude without merit. Plaintiffs may raise their concerns through appropriate objections at trial.

## CONCLUSION

For the foregoing reasons, **IT IS ORDERED** that Plaintiffs' Second Motion to Exclude Untimely Evidence is **DENIED**.[6]

New Orleans, Louisiana, this 10th day of June, 2021.

**GREG GERARD GUIDRY**
**UNITED STATES DISTRICT JUDGE**

---

[5] Fed. R. Civ. P. 26(a)(1), 26(e)(1); R. Doc. 249.
[6] R. Doc. 292.