JOHNATHAN UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JONATHAN BERTUCCELLI, et al. | CIVIL ACTION |
| VERSUS | NO: 19-01304 |
| UNIVERSAL CITY STUDIOS LLC, et al. | SECTION: T (2) |

## ORDER OF DISMISSAL

The Court having been advised by the Magistrate Judge (R. Doc. 357) that all parties to this action "had reached a confidential agreement on the material terms of settlement,"

**IT IS ORDERED** that this action is hereby dismissed without costs, but without prejudice to the right upon good cause shown, to reopen or to seek summary judgment enforcing the compromise if settlement is not consummated within fifteen (15) days. During this fifteen-day period, the Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.

COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.

New Orleans, Louisiana, this 14th day of June 2021.

GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE